UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*American Federation of Teachers, et al.*
    *Plaintiffs*

    *vs.*    Case No.: 1:25-cv-00628-SAG

*U.S. Department of Education, et al.*
    *Defendants*

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Plaintiffs' Complaint for Declaratory and Injunctive Relief

SERVE TO: Craig Trainor, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights

SERVICE ADDRESS: Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Craig Trainor, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights, Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202 on 02/27/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 772372520674.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/03/2025

*Carrie Hollingshed*

*Client Ref Number: AFT v. Ed.*
*Job #:12793584*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*American Federation of Teachers, et al.*
             *Plaintiffs*

                                            *vs.*              Case No.: 1:25-cv-00628-SAG

*U.S. Department of Education, et al.*
             *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Plaintiffs' Complaint for Declaratory and Injunctive Relief

SERVE TO: Denise L. Carter, in her official capacity as Acting Secretary of Education for the Department of Education

SERVICE ADDRESS: 400 Maryland Avenue, SW, Washington, DC 20202

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Denise L. Carter, in her official capacity as Acting Secretary of Education for the Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202 on 02/27/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 285903160533.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/03/2025

*Carrie Hollingshed*

*Client Ref Number: AFT v. Ed.*
*Job #:12793564*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*American Federation of Teachers, et al.*
                     *Plaintiffs*

                                              *vs.*                    Case No.: 1:25-cv-00628-SAG

*U.S. Department of Education, et al.*
                     *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Plaintiffs' Complaint for Declaratory and Injunctive Relief,

SERVE TO: U.S. Department of Education

SERVICE ADDRESS: 400 Maryland Avenue, SW, Washington, DC 20202

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202 on 02/27/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 285902957072.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/03/2025

*Carrie Hollingshed*

*Client Ref Number: AFT v. Ed.*
*Job #:12793544*