## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**American Federation of Teachers, et al.**
     **Plaintiffs**

            *vs.*     Case No.: 1:25-cv-00628-SAG

**U.S. Department of Education, et al.**
     **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Plaintiffs' Complaint for Declaratory and Injunctive Relief

SERVE TO: Pam Bondi, in her official capacity as United States Attorney General, Department of Justice

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Pam Bondi, in her official capacity as United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/27/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 285902867688.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/03/2025</u>

_____
                       *Carrie Hollingshed*

                    *Client Ref Number: AFT v. Ed.*
                           *Job #:12793572*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**American Federation of Teachers, et al.**
               *Plaintiffs*

                                 *vs.*                  Case No.: 1:25-cv-00628-SAG

**U.S. Department of Education, et al.**
               *Defendants*

## *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Plaintiffs' Complaint for Declaratory and Injunctive Relief

SERVE TO: Phil Selden, in his official capacity as Acting United States Attorney for the District of Maryland

SERVICE ADDRESS: 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Phil Selden, in his official capacity as Acting United States Attorney for the District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201 on 02/27/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 285903075463.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/03/2025</u>

*Carrie Hollingshed*

*Client Ref Number: AFT v. Ed.*
*Job #:12793553*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*