IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

**PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF PAGES FOR PLAINTIFFS' AMENDED COMPLAINT**

Plaintiffs respectfully request an enlargement of the page limit set forth in L.R. 103.1(d) to file an amended complaint not to exceed forty-five (45) pages in total. This page enlargement is requested for two reasons: first, to permit a new plaintiff, Eugene School District 4J, to present its specific allegations, and; second, to add allegations regarding Defendants' release, subsequent to the filing of the Complaint on February 25, 2025, of agency guidance related to the Dear Colleague Letter that gives rise to Plaintiffs' claims.

Counsel for Defendants have been served, but have not yet appeared in the action. Plaintiffs' counsel contacted counsel in the Department of Justice's Federal Programs Branch yesterday seeking Defendants' position on this motion, but have not received a response.

A proposed Order accompanies this Motion.

Respectfully Submitted,

<u>/s/ Victoria S. Nugent</u>

Victoria S. Nugent
Madeline H. Gitomer +
Brooke Menschel +
Rachel F. Homer**+
Andrew Bookbinder**
Kali Schellenberg*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
vnugent@democracyforward.org
mgitomer@democracyforward.org
bmenschel@democracyforward.org
rhomer@democracyforward.org
abookbinder@democracyforward.org
kschellenberg@democracyforward.org

*Counsel for Plaintiffs*

+ Application for full admission pending
** Admitted *Pro hac vice*
**Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 5th day of March 2025

<u>/s/ Victoria S. Nugent</u>
/s/ Victoria S. Nugent
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
vnugent@democracyforward.org