IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Motion for an Extension of Pages for Plaintiffs' Amended Complaint, and the entire record herein, it is hereby,

ORDERED, that Plaintiffs' amended complaint is permitted to be extended to forty five (45) pages in total.

SO ORDERED this __ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE