**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

March 5, 2025

LETTER ORDER

      Re: <u>American Federation of Teachers, et al. v. Department of Education</u>
           Civil Case No. SAG-25-628

Dear Counsel:

      This Court has reviewed the Amended Complaint filed in this case, ECF 14. The Amended Complaint is comprised of (1) generalized facts describing the impact of certain executive actions on members of two nationwide professional organizations, including the American Federation of Teachers ("AFT"), and (2) specific, detailed facts relating to Eugene (Oregon) School District 4J and potential conflicts between Oregon law and the challenged executive actions. The Amended Complaint contains no specific facts whatsoever regarding harm occurring in the state of Maryland. The only mention of Maryland in the Complaint, indeed, is the naming of AFT's Maryland chapter as a separate Plaintiff without identifying any particularized injury to the Maryland chapter distinct from the national chapter, which is also a Plaintiff, or any of the multitude of AFT chapters in the other 49 states. It thus appears to this Court that the Maryland chapter was named separately solely to manufacture venue in this District.

      Given that the evidence and witnesses in this case as it stands appear to be across the country in Oregon or in the District of Columbia (where all Defendants, AFT, and the other plaintiff, the American Sociological Association, are located), it appears to this Court that this District may not be the most appropriate or convenient venue for this case to proceed. *See* 28 U.S.C. § 1404(a) ("For convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

      Plaintiffs are accordingly ordered to SHOW CAUSE as to why this lawsuit should be heard in Maryland no later than one week from the date of this order.

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States District Judge