**Business Name:**

AFT

**Search by:**

◉ Business Name
◯ Department ID

⚠ Your Entity Search Results have exceeded our maximum number of records. Only the first 400 of the matching entities are listed below. Please narrow your search criteria to provide fewer results.

400 businesses found.

| Department ID | Business Name | Status |
| --- | --- | --- |
| D07844467 | A.F.T. CORPORATION | Forfeited |
| W25408139 | AF&T LLC | Active |
| F02044535 | AFT, INC. | Dissolved |
| M02919413 | AFT LIMITED PARTNERSHIP | Active |
| W14667703 | AFT LLC | Forfeited |
| D04605218 | AFTAB INC. | Forfeited |
| D04292397 | AFTAB REAL ESTATE INVESTMENT ASSOCIATE, INC. | Dissolved |
| D06878979 | AFTA INTERNATIONAL CORP. | Forfeited |
| W06827547 | AFTAK COMMUNICATIONS COMPANY, LLC | Forfeited |
| W06827554 | AFTAK SOLUTIONS COMPANY, LLC | Forfeited |
| D11124930 | AFTAL, INC. | Dissolved |
| W16757213 | AFTARMATH REALTY LLC | Revived |
| D00827782 | AFTATROL COMPANY, INC. | Forfeited |
| L18083485 | AFTC | Active |
| T00430260 | AFTC | Forfeited |
| M04469342 | AFT COMMODITY FUND "B" LIMITED PARTNERSHIP | Forfeited |
| D14601025 | A&FTECH INC. | Forfeited |
| F01594324 | AFTECH LEASING, INC. (NOT REGISTERED) | Forfeited |
| T00473206 | AF TECHNOLOGIES | Forfeited |
| D06395685 | A&F TECHNOLOGY, INCORPORATED | Forfeited |
| D11045564 | AFTEEBE, INC. | Dissolved |
| D02374734 | ... AND AFTER, INC. | Forfeited |
| F24426777 | AFTER, INC. | Incorporated |
| W19852557 | AFTER A BEFORE Z, LLC | Forfeited |

**Business Name:**

American Federation

**Search by:**

● Business Name
○ Department ID

7 businesses found.

| Department ID | Business Name | Status |
| --- | --- | --- |
| D07509631 | AMERICAN FEDERATION FOR THE PERFORMING ARTS, INC. | Old Name |
| D07509656 | AMERICAN FEDERATION FOR THE VISUAL ARTS, INC. | Old Name |
| F03166899 | AMERICAN FEDERATION INSURANCE COMPANY (UNINCORPORATED) | Incorporated |
| D02059426 | AMERICAN FEDERATION OF THE BLIND, INC. | Forfeited |
| D24105819 | AMERICAN FEDERATION OF GLOBAL MAZU CULTURAL EXCHANGE INC | Incorporated |
| F02449718 | AMERICAN FEDERATION OF HOME HEALTH AGENCIES, INC. | Forfeited |
| D14862882 | AMERICAN FEDERATION OF ISLAMIC ORGANIZATIONS, INC. | Forfeited |

Privacy - Terms