IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for miscellaneous relief, it is hereby

**ORDERED** that Plaintiffs' Motion for an Extension of Pages for Plaintiffs' Amended Complaint, Dkt. 13, is GRANTED. Plaintiffs may file an amended complaint of up to forty-five (45) pages in total;

**ORDERED** that the Order to SHOW CAUSE is resolved and a notice addressing venue will be posted to the docket shortly;

*or in the alternative*

**ORDERED** that the Court will hold a telephone status conference on March 21, 2025, at ___ to address the issues raised in Plaintiffs' motion.

**SO ORDERED**

March ___, 2025 at ___                             _____
                                                                    THE HON. STEPHANIE A. GALLAGHER
                                                                    UNITED STATES DISTRICT JUDGE


SO ORDERED this ___ day of March, 2025.