

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Ariana Wright Arnold*
*Assistant United States Attorney*
*Ariana.Arnold@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4813*
*MAIN: 410-209-4800*

March 19, 2025

**VIA CM/ECF**

The Honorable Stephanie A. Gallagher
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *American Federation of Teachers et al. v. U.S. Dept. of Education*[1]
           U.S. District Court for the District of Maryland, Case No. 1:25-cv-00628-SAG

Dear Judge Gallagher:

    Defendants U.S. Department of Education, *et al*., by and through counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Ariana Wright Arnold, Assistant United States Attorney, provide this brief informal response to Plaintiffs' Motion for Miscellaneous Relief at ECF 23.

    Plaintiffs filed a Complaint in this matter on February 25, 2025. ECF 1. On March 4, 2025, Plaintiffs filed a Return of Summons, indicating that the U.S. Attorney's Office had been served on March 3, 2025; as such, if Defendants were properly served consistent with Rule 4(i) of the Federal Rules of Civil Procedure, Defendants' Answer to the original Complaint would be due on May 2, 2025.

    Plaintiffs then filed a Motion to Exceed the page limit set by the Local Rules, and an Amended Complaint on March 5, 2025. ECF 13, 14.

    The next day, on March 6, 2025, this Court issued a letter order requiring Plaintiffs to show cause as to how venue was proper in Maryland, expressing concern that (1) the Amended Complaint contains no specific facts whatsoever regarding harm occurring in the state of Maryland and merely identifies AFT's Maryland Chapter without identifying any particularized injury; and that (2) Maryland is not the most convenient or appropriate venue for this case. ECF 16.

    Plaintiffs responded on March 12, 2025, and stated that the Amended Complaint's allegation that AFT-Maryland "resides" in Maryland was sufficient under basic Rule 8 pleading standards, to establish venue. In addition, Plaintiffs conceded that the case could have been brought in D.C., and, that if the case were to be transferred, it should be transferred to D.C., rather than Oregon. Plaintiffs also indicated that they intended to file a Motion for Preliminary injunction "next week." ECF 18.

---

[1]     The submission of this filing does not acknowledge or concede that venue in Maryland is proper, that Plaintiffs have properly served Defendants, and Defendants specifically reserve, and do not waive any arguments regarding venue, service, jurisdiction, or any other matters that could be raised under Rule 12 of the Federal Rules of Civil Procedure in response to the Complaint.

The following day, on March 13, 2025, counsel for Defendants entered her appearance, and filed a response to the Plaintiffs' show cause response, noting that in addition to the issues raised by the Court, the facts, applicable statutes and case law require transfer of this case. ECF 19, 21.

Today, March 19, 2025, at 3:19 p.m., counsel for Plaintiffs contacted counsel for Defendants by email and indicated an intent to file a request for a conference to address both their page limit motion, and the venue issue, and asked that counsel respond by 5:00 p.m.

Counsel for Defendants was traveling to Richmond and preparing for a Fourth Circuit argument, and was unable to respond by 5:00 p.m. However, counsel has now responded to Plaintiffs by email, and hereby provides the following informal response to the issues raised in the Plaintiffs' motion for miscellaneous relief:

1. Defendants have no objection to Plaintiffs' request to exceed the page limit set by the Local Rules with respect to the Amended Complaint;

2. Venue in Maryland is improper, and the case should be transferred;

3. Other than resolving the page limit motion, and venue issue, the Defendants do not believe it would be appropriate to address any other issues until: (a) the Defendants have been properly served with the Amended Complaint; and (b) the venue issue is resolved;

4. Counsel for Defendants has a Fourth Circuit argument tomorrow at 9:30 a.m., but is available for a call at the times listed below, should the Court believe such a call is necessary or appropriate:

   - Thursday March 20, 2025, between 12:30 p.m. and 3 p.m.
   - Friday March 21, 2025, anytime
   - Monday March 24, 2025, anytime other than between 11:00 a.m. and 12:30 p.m.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


_____/s/_____
Ariana Wright Arnold
Assistant United States Attorney
DMD Bar No. 23000

cc: Counsel of record via CM/ECF