IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of Education,** *et al.*, <br><br> Defendants. | Civil Case No. 1:25-cv-00628 |

**CONSENT MOTION FOR AN ENLARGEMENT OF PAGES FOR PLAINTIFFS'
MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs American Federation of Teachers, American Sociological Association, American Federation of Teachers-Maryland, and Eugene School District 4J respectfully request permission to exceed the page limit set by L.R. 105.3 in their memorandum in support of their motion for a preliminary injunction, which they expect to file later today. Given the importance of the issues raised in the motion, and to fully detail the numerous claims addressing the wide range of harms experienced by Plaintiffs and their members, Plaintiffs seek permission to file a memorandum that does not exceed forty (40) pages (exclusive of cover pages, tables of contents, tables of authorities, signature blocks, exhibits, and certificates) in support of their motion. Defendants consent to Plaintiffs' request.

A proposed Order accompanies this Motion.

Respectfully Submitted,

/s/ Victoria S. Nugent
Victoria S. Nugent (Bar No. 15039)
Madeline H. Gitomer +
Brooke Menschel (Bar No. 31492)
Rachel F. Homer (Bar No. 31490)
Andrew Bookbinder (Bar No. 31486)
Kali Schellenberg**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
vnugent@democracyforward.org
mgitomer@democracyforward.org
bmenschel@democracyforward.org
rhomer@democracyforward.org
abookbinder@democracyforward.org
kschellenberg@democracyforward.org
*Counsel for Plaintiffs*
+ Application for full admission pending
** Admitted *Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 28th day of March 2025

<u>/s/ Victoria S. Nugent</u>
/s/ Victoria S. Nugent
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
vnugent@democracyforward.org