IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for a preliminary injunction, the accompanying memorandum, any related responses and replies filed, and the imminent irreparable harm to Plaintiffs alleged therein, it is hereby

ORDERED that the motion for a preliminary injunction is GRANTED as follows:

ORDERED that Defendants, and their officers, agents, servants, employees, attorneys (whether employed by the Department of Education or the Department of Justice); and other persons who are in active concert or participation with any of them (collectively, the "Enjoined Parties"), shall take no steps to initiate, against any educational institution: any investigations under the authority of; any assessment of compliance under the authority of; or, pause, freeze, impede, block, cancel, or terminate any federal awards, contracts, or obligations on the basis of:

1) Dear Colleague Letter of February 14, 2025, U.S. Department of Education (the "Letter");
2) "Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act" (February 28, 2025).

It is further ORDERED that Enjoined Parties are enjoined from implementing, giving effect to, or reinstating the Letter under a different name; it is further

ORDERED that the End DEI Portal be inactivated and removed from the Department of Education website; it is further

ORDERED that to the extent Enjoined Parties exercise any investigation or enforcement authority with respect to alleged discrimination on the basis of race, color, or national origin

under Title VI, such investigation or enforcement, must be consistent with the Departments' guidance in the following:

1) *Dear Colleague Letter re: Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina* (Aug. 14, 2023);
2) *Questions And Answers Regarding The Supreme Court's Decision In Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina* (Aug. 14, 2023);
3) *Dear Colleague Letter re: Race and School Programming* (August 24, 2023);
4) *Strategies for Increasing Diversity and Opportunity in Higher Education* (Sept. 28, 2023);
5) *Fact Sheet: Ensuring Educational Opportunities for All Students on Equal Terms 70 Years After Brown v. Board of Education* (May 2024); and
6) *Fact Sheet: Harassment based on Race, Color, or National Origin on School Campuses* (July 2, 2024).

It is further ORDERED that the Department restore public website access to all guidances related to Title VI removed from the Department of Education website after January 20, 2025.

This order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.


_____, 2025 at \_\_\_                                            _____

                                                                    THE HON. STEPHANIE A. GALLAGHER
                                                                    UNITED STATES DISTRICT JUDGE


SO ORDERED this \_\_\_ day of March, 2025.