IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| American Federation of Teachers, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | |
| U.S. Department of Education, *et al.*, | Civil Case No. 1:25-cv-00628 |
| Defendants. | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

| EX. | EXHIBIT DESCRIPTION | BATES NUMBER |
|---|---|---|
| 1 | AFT Declaration | PLFS-001 |
| 2 | ASA Declaration | PLFS-013 |
| 3 | AFT-MD Declaration | PLFS-022 |
| 4 | District 4J Declaration | PLFS-031 |
| 5 | Gallagher Declaration | PLFS-054 |
| 6 | Blee Declaration | PLFS-065 |
| 7 | Jane Doe Declaration | PLFS-077 |
| 8 | Hamako Declaration | PLFS-089 |
| 9 | John Doe Declaration | PLFS-100 |
| 10 | Gitomer Declaration | PLFS-108 |
| 11 | Dear Colleague Letter by Craig Trainor | PLFS-114 |
| 12 | Ed. Dept.'s Broad DEI Warning Puts College Leaders in 'Enormously Complicated Situation' | PLFS-119 |
| 13 | End DEI Portal | PLFS-126 |

| EX. | EXHIBIT DESCRIPTION | BATES NUMBER |
|---|---|---|
| 14 | Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act | PLFS-130 |
| 15 | Ensuring Educational Opportunities for All Students on Equal Terms 70 Years After Brown v. Board of Education | PLFS-140 |
| 16 | Questions And Answers Regarding The Supreme Court's Decision In Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina | PLFS-145 |
| 17 | Harassment based on Race, Color, or National Origin on School Campuses | PLFS-153 |
| 18 | Resolving a Hostile Environment Under Title VI- Discrimination Based on Race, Color, or National Origin, Including Shared Ancestry or Ethnic Characteristics | PLFS-163 |
| 19 | Enriching Education for All | PLFS-174 |
| 20 | Ending Radical and Wasteful Government DEI Programs and Preferencing | PLFS-179 |
| 21 | Ending Illegal Discrimination and Restoring Merit-Based Opportunity | PLFS-184 |
| 22 | Young America's Foundation Files Complaint Against Gettysburg College to Department of Education | PLFS-191 |
| 23 | Race and School Programming | PLFS-196 |
| 24 | Strategies for Increasing Diversity and Opportunity in Higher Education | PLFS-215 |
| 25 | Diversity and Inclusion Activities Under Title VI | PLFS-282 |
| 26 | Dear Colleague Letter re: Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina | PLFS-285 |
| 27 | Preliminary Description of the Proposed Social Emotional Learning Standards Framework for Oregon | PLFS-289 |
| 28 | Multicultural education professional development- A review of the literature | PLFS-357 |
| 29 | Influences of the Campus Experience on the Ethnic Identity Development of Students of Color | PLFS-417 |
| 30 | Peer bonding and faculty mentors supporting persistence in college | PLFS-442 |
| 31 | Public School Revenue Sources | PLFS-465 |
| 32 | Office for Civil Rights Initiates Title VI Investigations into Institutions of Higher Education | PLFS-472 |
| 33 | Trump Administration Cancels $400M of Columbia's Grants and | PLFS-479 |

| EX. | EXHIBIT DESCRIPTION | BATES NUMBER |
|---|---|---|
|  | Contracts Amid Antisemitism Probe |  |
| 34 | DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million | PLFS-484 |
| 35 | Trump Administration's Anti-DEI Letter Causes Confusion, Anxiety | PLFS-489 |
| 36 | President Pinto shares message regarding future of DEI at UC | PLFS-493 |
| 37 | Ohio State University is closing its Office of Diversity and Inclusion | PLFS-496 |