# EXHIBIT 1

PLFS-001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

### DECLARATION OF DANIEL MCNEIL

I, Daniel McNeil, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am General Counsel of the American Federation of Teachers. I have served in this role since July 2023.

3. In my role as General Counsel of the American Federation of Teachers, I engage in the day-to-day supervision of all legal matters for the AFT, ensure the union is in compliance with our ongoing legal responsibilities, and serve as a core member of the AFT management team.

PLFS-002

4. The AFT was founded in Chicago, with eight locals signing on as AFL President Samuel Gompers welcomed the union into its fold in 1916. It grew quickly and now boasts almost 3,500 local unions and over 1.8 million members who work in every U.S. state, the District of Columbia, Puerto Rico, Guam, and the U.S. Virgin Islands.

5. The AFT's mission is to champion fairness, democracy, and economic opportunity in and through high-quality public education, as well as healthcare and public services for students, their families, and communities their members serve. The AFT does so by ensuring its members receive fair pay and benefits for their crucial work, by fighting for safe working conditions that also benefit students, patients and all those who use public services, and by fighting for civil rights.

6. The American Federation of Teachers has a long history of championing civil rights. In the 1920s and 1930s the AFT fought for greater protections for its female teachers. In the 1950s, AFT was at the forefront of the civil rights movement filing an *amicus curiae* brief in the historic 1954 Supreme Court desegregation case *Brown v. Board of Education of Topeka*, and expelling local unions that had not followed an earlier AFT mandate to desegregate. During the 1960s, the AFT ran more than 20 "Freedom Schools" in Alabama, Florida, Georgia and Mississippi; staffed by AFT volunteers, the schools supplemented the inadequate education offered to Black students. To this day, AFT continues to fight for civil and voting rights for all American citizens who remain disenfranchised while also championing the rights of religious and cultural minorities throughout the nation.

PLFS-003

7. The AFT believes that high-quality public education is an economic necessity, an anchor of democracy, a moral imperative and a fundamental civil right. Without the foundation a strong education provides, our other rights can never be fully realized. We believe in and stand ready to fight for public education because it is the means by which we help all children dream their dreams and achieve them. All children—those who have abundant advantages, and those for whom every day is a struggle; those who worry about getting into a good college, and those who worry about their parents getting deported—deserve the opportunity to succeed. The people who work in schools help students build lives of great purpose and potential by instilling essential knowledge and skills, including critical reasoning, problem solving and the ability to work with others, and by promoting civic participation.

**American Federation of Teachers Members**

8. The American Federation of Teachers members occupy a broad range of positions in education, including but not limited to: pre-K through 12th-grade teachers, early childhood educators, classroom aides, counselors, school nurses, paraprofessionals, and other school-related personnel; higher education faculty and professional staff at community colleges, colleges and universities.

9. Currently, over one million AFT members work in K-12 or higher education professions in every state, the District of Columbia, Guam, Puerto Rico and the U.S. Virgin Islands. The AFT represents approximately 400,000 academic workers (full-time and part-time

faculty, academic professionals and graduate employees) at public and private colleges and universities in all 50 states.

**The Importance of Diversity in the Field of Education**

10. Diversity in education is vital to the success of individual students, student bodies and educational systems. It is essential that students see their lives reflected back at them in the form of educators, instruction, and curriculum. Students need to see their lived experiences in their teachers to fully connect to their education. Diverse educators and a diverse education allow students to make sense of the world around them and unlock a wider context for diversity in their everyday lives and broader experiences throughout the country.

11. The AFT national convention, held biennially, is the highest policy making body of the union. The elected delegates to the national convention, who represent the American Federation of Teachers membership and the communities they serve, have passed many resolutions in support of diversity, equity, and inclusion in education. Recent AFT resolutions aimed at diversity, equity and inclusion include: "Support For Newcomers, Asylum Seekers And Refugees," "Addressing the Needs of AAPI Union Members and Community," and "Anti-racism and Culturally Responsive Curriculum as a School Priority."

**Addressing Issues and Ideas Prohibited by the Letter is Core to Our Members' Work**

12. Helping children and students is at the core of the AFT's mission. Teaching professionals use integrated teaching goals, research, exposure to diverse experiences, experiential learning, classroom discussions, and lived experiences to help students learn and thrive.

13. As outlined in the AFT's resolution on experiential learning, experiential learning—a process for students to learn through hands-on experiences, also referred to as "learning by doing"—is a powerful way to address students' learning needs in an engaging, relevant and fun manner. Experiential learning is crucial in helping students to think and write, solve problems, apply knowledge, and discern fact from fiction because it provides real-world life skills and builds background knowledge, also referred to as content or prior knowledge, which allows students to make meaning of what they are reading, and can boost academic achievement. To that end, teaching for deeper learning is essential for an education system grounded in educational equity for all students. Research shows that schools focused on deeper learning demonstrate stronger student achievement, with pronounced gains for students from low-income families, new immigrants and students of color. Further, authentic systems of assessment are culturally and linguistically responsive. They provide students with opportunities to demonstrate their learning and development in a variety of ways and are designed to measure growth and progress, which are more equitable than the narrow, annual high-stakes standardized tests that incite fear and anxiety and undermine cognitive capacity.

14. Teachers at every level of education are tasked with sharpening the critical thinking skills of students and preparing their classes to engage with the world. It is essential that

teachers be allowed to operate in a manner that permits them to introduce challenging, difficult and complex concepts, analysis, and topics–appropriate to grade-level–in the classroom. Nurturing an appreciation for diverse perspectives is a key part of encouraging this type of intellectual and social development.

15. The impact of the Dear Colleague Letter is incredibly broad and would negatively impact almost every feature of the work our members engage in.

16. AFT members who teach or assist in K-12 classrooms teach a wide variety of subjects, including social sciences (history, sociology, geography, and civics) and literature. At the higher grade levels (e.g., grades 9-12), it is not possible to teach these subjects in a meaningful way without touching on structural and systemic racism.

17. AFT members who work in K-12 schools serve as faculty and staff sponsors for affinity groups and clubs organized around identity, culture, and interests. These include Black, Latino, and Asian American groups. These groups are voluntary to join and open to all students. Such organizations benefit all students by allowing for them to seek connection through their different identities and cultures, cultivating a greater sense of engagement in the school community. This support is not simply social; it leads to improved educational outcomes, too.

18. AFT members working in higher education do so as researchers and professors. Their areas of expertise include social and behavioral sciences, humanities, and life sciences. Some of these specialties–like history and sociology–explicitly and directly address race, color, and national origin. But even in specialties where topics related to race or ethnicity may not be superficially apparent, the impact of historic and current biases related to race

nevertheless are present. For example, the study of health sciences like microbiology and immunology must account for demographic data, geographic location, ethnicity, race, and socioeconomic status, all considerations impacted by race, ethnicity, or culture in some fashion. The study (and pursuit) of health equity may involve long-term consideration of race and tracking of ethnic or cultural data, including accounting for the impact of structural racism or discrimination on health outcomes of different communities.

19. It is essential that our members be able to go into their research and classrooms and engage with students of different backgrounds on these topics with the appropriate level of intellectual rigor, candor, and sensitivity that scholarship and teaching demand. The Dear Colleague Letter appears to inhibit if not prohibit that.

20. In an array of education settings, AFT members engage in important recruiting, admissions and hiring work at their schools. These practices have directly resulted in greater diversity among faculty, staff, and student bodies; higher quality students accepted, and increased retention rates at AFT member institutions.

21. Admissions work is broad and includes implementing holistic student admissions, scholarship programs, and crafting mentorship opportunities for students from underserved and marginalized groups that might apply in the future to their programs. Examples of holistic student admissions include eliminating standardized test scores for applications, reducing or abolishing minimum GPAs for applicants, focusing on upward trajectories of students, and applicant essays based on lived experiences.

22. Renewed faculty recruitment steps include outreach at historically minority institutions and advertising and recruiting from historically minority conferences and other sources of faculty with diverse experiences.

23. Further, AFT members are engaged in DEI committees and other culturally diverse enrichment activities. Many of these efforts grew out of initiatives to identify institutional cultural challenges that were preventing departments from making changes to improve. These efforts have improved collegiality and created better departmental working environments.

### Effects of Dear Colleague Letter on Our Members' Work

24. Following the release of the Dear Colleague Letter, members of the AFT that chair departments, serve in administrative roles, serve as faculty, and teach K-12 courses are all concerned they or their schools will face a loss of funding and investigation or prosecution by federal government agencies or officials. These educators are fearful that the way they have taught, led, and worked for years will now be considered unlawful and threaten their federal funding and employment. They also believe it will deeply impact the learning and future of their students by depriving them of essential courses and learning.

25. AFT members who teach or engage in research on topics relating to racial or ethnic studies, culture, history, or other social sciences are concerned they or their schools will lose federal funds or face investigation and prosecution. Because the Dear Colleague Letter introduces so much confusion, many AFT members are worried they must self-

censor their speech, including lectures, courses, and other activities in order to protect their funding. They also fear that their schools and institutions may censor these activities to avoid the loss of federal funds and institutional investigation and prosecution.

26. AFT members who sponsor affinity and cultural groups or first-generation student organizations fear they will jeopardize their school's federal funds or face investigation and prosecution or have their student organizations be preemptively shut down due to the threat of the Dear Colleague Letter. This will deprive their students of an essential resource on campus, negatively impacting their ability to access vital academic and community support.

27. The language of the Dear Colleague Letter arguably prohibits not only lectures, analysis, and research explicitly dealing with race and ethnicity, but many of the subsequent downstream topics as well. Under the restrictions laid out by the Letter, our members are unable to even have basic conversations with their students about general history, social studies, statistics, health, or cultural issues.

28. Our members have expressed that the FAQs published on March 1, 2025, do not eliminate the confusion that the Letter introduced. Many of our members are still confused about what the Department views as discriminatory under the Letter. After reading the FAQs, many of our members, and their schools, still do not know what is or is not prohibited. Further increasing the lack of clarity and the accompanying risks, the Department's recent launching of the "End DEI" portal which encourages anyone to file a complaint, including those misled by the language of the Letter and FAQs. This leaves AFT members in a difficult position, either fearful of jeopardizing critical education

funding and facing prosecution, or eliminating any speech or activity that the Department *could* find violates the Letter.

29. In recent years, the AFT has submitted comments regularly on proposed rules to advocate for all students regardless of income, race or gender and to support our members and the diverse student community they serve. For example, the AFT submitted comments on the Department's' proposed rule on Nondiscrimination on the Basis of Sex in Education Programs or Activities: Sex-Related Eligibility Criteria for Male and Female Athletic Teams (May 15, 2023) and Agency Information Collection Activities; Comment Request; Mandatory Civil Rights Data Collection (February 10, 2022). If the Department promulgated the Dear Colleague Letter via the notice and comment process, AFT would have submitted a comment addressing the harms our members and the students they serve will face due to the language of the Letter.

30. On March 14, the U.S. Department of Education's Office for Civil Rights ("OCR") opened investigations into 45 universities under Title VI following the publication of the Dear Colleague Letter for alleged "use of racial preferences and stereotypes in education programs and activities." OCR announced an additional six investigations into universities for allegedly "impermissible race-based scholarships." AFT members work at 20 of the 45 institutions under investigation for employing programs or activities that allegedly conflict with the language of the Letter and AFT members work at one of the six institutions under investigation for having scholarships that allegedly conflict with the language of the Letter.

31. The Dear Colleague Letter's restrictions have already and will continue to prevent many of our members from doing many aspects of their jobs–as instructors and advisors–in a meaningful way.

Washington, D.C.  
March 26, 2025

_____  
Dan McNeil

PLFS-012