# EXHIBIT 2

PLFS-013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of Education,** *et al.*, <br><br> Defendants. | Civil Case No. 1:25-cv-00628 |

### DECLARATION OF HEATHER WASHINGTON

I, Heather Washington, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am the Executive Director of the American Sociological Association. I have served in this role since November 2024.

3. I became a staff member at the American Sociological Association in 2021.

4. In my role as Executive Director of the American Sociological Association, I engage in the day-to-day administrative and programmatic management of the Association, including the hiring and termination of staff and paid contractors. Additionally, I serve as a non-voting member of the Association Council, help set Council agendas, and sit on a number of Association Committees.

1

5. The American Sociological Association was founded in 1905 and is a national professional membership association for sociologists.

6. The American Sociological Association's mission is to serve sociologists in their work, advance sociology as a science and profession, and promote the contributions and use of sociology to society.

7. The American Sociological Association pursues its mission through a wide range of programmatic activity, including but not limited to publishing journals, hosting an Annual Meeting, advocating for public policy on relevant issues, creating professional opportunities for members, disseminating sociological scholarships, and offering extensive professional development resources.

## American Sociological Association Members

8. American Sociological Association members occupy a broad range of positions, including but not limited to: public university and college department heads; public university and college faculty members; public university and college administrators; private university and college department heads; private university and college faculty members; private colleges and university administrators; community college department heads; community college faculty members; community college administrators; contingent faculty; PhD students; graduate students; government agency workers; non-profit organization workers; private sector workers; private practice sociologists; and retired sociologists.

PLFS-015

## The Importance of Diversity in the Field of Sociology and the Professions of Sociology

9. Sociology is the study of social life, social change, and the social causes and consequences of human behavior. Sociologists investigate the structure of groups, organizations, and societies and how people interact within these contexts. Since all human behavior is social, the subject matter of sociology ranges from the intimate family to global communities; from deviance to organized crime; from religious traditions to state institutions; and from the divisions of race, gender and social class to the shared beliefs of a common culture.

10. At its core, sociology is the systematic study of how people, social groups, and institutions interact. It uses methods like surveys, interviews, and focus groups to determine how social dynamics and social change are expressed in law, politics, economics, education, and culture, as well as various quality of life measures.

11. Within sociology, there are many subspecialties. These include but are not limited to topics such as: economic sociology, gender & sexuality, health & population, historical sociology, inequality, organizations, race & ethnicity, and urban sociology.

12. Some of these specialties explicitly address race, color, and national origin. But even in specialties that are not devoted to race or ethnicity, the practical realities of sociology involve accounting for the impact of current and historic biases. For example, public health research examines discrepancies in treatment for people of different races and ethnicities to better assess health outcomes. Community development research focuses on studying the social dynamics and structures within neighborhoods and communities to explain differences in outcomes like home ownership, use of local resources, and school selection. This involves studying power dynamics, and developing strategies to improve

3

PLFS-016

community well-being, including how differences emerge among and between individuals from different socioeconomic backgrounds, including race and ethnicity.

13. In a field where the interactions of people, groups, and institutions are studied and where understanding of complex social dynamics arising from homogeneity, conformity, difference, belonging and exclusion, diversity among researchers, teachers, and practitioners is essential. Therefore, promoting diversity in the field of sociology is a core goal within the ASA's broader mission to promote the field and profession of sociology.

14. The American Sociological Association Diversity Statement states that the Association is committed to recruiting, investing in, and empowering a diverse membership with an equitable and welcoming environment for all. This includes people of various cultures, ages, races, ethnicities, sexual orientations, gender identities, socioeconomic statuses, religions, physical or mental abilities, and political affiliations, as well as first generation students and faculty members. This also includes people from all employment statuses and types of employment. We engage and respect diverse experiences through all our programmatic activities and in the business of the Association.

15. The American Sociological Association sponsors and publishes the *Sociology of Race and Ethnicity*, a journal of the Association Section on Racial and Ethnic Minorities.

16. Since 1974, the Association has run the Minority Fellowship Program. The Minority Fellowship Program has worked to ensure that a diverse and highly trained workforce is available to assume disciplinary leadership roles and conduct research that is relevant to today's society. To date, the Minority Fellowship Program has supported more than 500 predoctoral sociology graduate students by providing Fellowship Packages that include monthly stipends for living expenses, financial support for professional development,

PLFS-017

travel and accommodations for participating at two American Sociological Association Annual Meetings, and networking and mentorship opportunities.

17. Diversity within the American Sociological Association is one of the greatest strengths of our organization. Diversity of experience, thought, perspective, and background is vital to the success of the Association and our work. When more members of different backgrounds are able to contribute to our work, the organization benefits as a whole.

## Addressing Issues and Ideas Prohibited by the Letter is Core to Our Members' Work

18. The impact of the Dear Colleague Letter is far reaching and would deeply harm nearly every aspect of the work sociologists engage in.

19. Many of our members teach and perform research directly relating to race and ethnicity. Beyond that, many members have work that is not directly focused on race or ethnicity that is influenced by such issues, such as health disparities, economic inequality, or community development.

20. On a teaching and educational level, as the demographics of the nation shift, we have seen an increasingly diverse student body. If our teaching members don't mirror, incorporate or otherwise reflect that diversity of backgrounds and lived experiences in their curricula and instruction, we are doing our students a disservice.

21. It is essential that our members be able to go into their research and classrooms and engage with students of different backgrounds on these topics with the appropriate level of intellectual rigor, candor, and sensitivity that scholarship and teaching demand. The Dear Colleague Letter inhibits that.

PLFS-018

22. The language of the Dear Colleague Letter appears to prohibit not only lectures, analysis, and research explicitly dealing with questions of race and ethnicity–including structural and systemic discrimination based on race and ethnicity–but all the subsequent downstream sociological topics as well. Under the restrictions laid out by the Letter, our members are unable to even have basic conversations about general sociological issues such as public health policy, economic inequality, or community development without the fear of a government enforcement action.

23. The Dear Colleague Letter prohibits the exploration or even discussion of these basic sociological ideas in a way that will prevent our members from teaching and learning sociology in meaningful ways. This new policy has fundamental implications for how we teach and how we ground our research at every level.

## Effects of Dear Colleague Letter on Our Work

24. Following the release of the Dear Colleague Letter, members that chair sociology departments, related departments, and inter-disciplinary programs are concerned they will face loss of funding and investigation by the United States. Not only is this negatively influencing the work and careers of those members, but it will deeply impact the learning and future of their students by depriving them of essential courses and learning.

25. Members who teach sociology are concerned they will personally lose federal funds or face investigation and prosecution–or that their lectures, courses, programs, and departments will be censored, scaled back, or preemptively terminated by colleges and universities fearing loss of federal funds and institutional investigation and prosecution.

PLFS-019

This is true of members whose specialties include race and ethnicity and members whose specialties are not devoted to race and ethnicity but nevertheless touch upon them.

26. Association members who sponsor affinity groups or first-generation student organizations fear they will face investigation and prosecution or have their student organizations shut down due to the threat of the Dear Colleague Letter. This will deprive their students of an essential resource on campus, negatively impacting their ability to access academic and community support.

27. Since issuing the Letter, the Department has taken further action that has compounded our members' fears. First, the Department issued a Frequently Asked Questions document ("FAQs") in connection with the Dear Colleague Letter. The FAQs do not change any aspect of the Letter, and inject even more uncertainty into assessing what will be considered a discriminatory practice by this Department of Education. Second, the Department created an "End DEI" portal as a dedicated space for people to report purported discrimination, as it is conceived in the Letter. This portal greatly increases our members' risk of being subject to an arbitrary and costly investigation which may result in the loss of funding for their educational institution and the loss of their jobs.

28. Had the Department promulgated the Letter via the notice and comment process, ASA would have submitted a comment regarding the impact the language of the Letter would have on ASA members. ASA has done so in the past regarding other similar policies that we understood would impact the work of our members, including submitting comments on proposed amendments to Title IX implementing regulations for the Department of Education, submitting comments to the NLRB on a proposed rule regarding student

PLFS-020

employment, and submitting comment for the federal register to the Department of Commerce opposing inclusion of citizenship question in the 2020 Census.

Washington, D.C.
March 26, 2025

_____
Heather Washington

PLFS-021