# EXHIBIT 3

PLFS-022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| American Federation of Teachers, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Education, *et al.*, <br><br> Defendants. | Civil Case No. 1:25-cv-00628 |

### DECLARATION OF KENYA CAMPBELL

I, Kenya Campbell, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am the President of the American Federation of Teachers-Maryland ("AFT-MD"). I have served in this role since July 2021.

3. As the President of the AFT-MD, I supervise the day-to-day running of the AFT-MD, I engage in administrative matters, run the AFT-MD management team, and meet regularly with the Executive Board.

4. The American Federation of Teachers Maryland ("AFT-MD") is a 501(c)(5) organization headquartered in Windsor Mill, Maryland.

1

PLFS-023

5. The AFT-MD was chartered in 1973 and today represents more than 18,000 members in the State of Maryland. AFT-MD is affiliated with fourteen local educators' unions as well as healthcare and public and state unions, including but not limited to the Montgomery County Federation of Teachers, the Baltimore City Community College Faculty Federation, the Maryland School for the Deaf Faculty & Staff Association, and the Garrett County Federation of Teachers.

6. AFT-MD is affiliated with a national educators' union, the American Federation of Teachers ("AFT"). The nature of that affiliation is mutual support and collaboration where Maryland and national work is aligned.

7. Like the national American Federation of Teachers, the AFT-MD's mission is to champion fairness; democracy; economic opportunity; and high-quality public education, healthcare and public services for students, their families, and communities their members serve. AFT-MD does so by ensuring its members receive fair pay and benefits for their crucial work, and by fighting for safe working conditions that also benefit students, patients and all those who use public services.

8. Alongside those goals, AFT-MD is dedicated to fighting for civil and voting rights for all American citizens who remain disenfranchised while also championing the rights of religious and cultural minorities.

9. To advance these goals, AFT-MD engages in advocacy at the state and local level and in individual school districts, including on fair pay, budget cuts, State funding, State retirement and pensions, and collective bargaining issues. Already this year we have petitioned the Maryland state legislature regarding increases for education funding, more

PLFS-024

fair share funding, paid family and medical leave, a minimum wage for education support professionals, and opposition to education budget cuts.

10. Additionally, AFT-MD engages in independent programming for our 18,000 members, run by our 16 full-time staff members and our volunteer committees. These include various training sessions on leadership, member benefits, organizing, and health & safety.

11. AFT-MD is currently negotiating eight different first contract bargaining agreements throughout the state.

12. AFT-MD and its local unions provide union representation to its members in investigations; these could include but are not limited to investigations into allegations of discrimination that are initiated by members. AFT-MD also represents members through the due process or grievance process in other ways, including regarding allegations of discrimination initiated by employees against their worksites or employers.

### American Federation of Teachers-Maryland Members

13. AFT-MD local unions within our State Federation represent: pre-K through 12th-grade teachers, paraprofessionals, and other school-related personnel; higher education faculty and professional staff; state and local government employees; and nurses and other healthcare professionals.

14. AFT-MD members work in approximately 170 schools and institutions of higher learning throughout Maryland.

### The Importance of Diversity in the Field of Education

PLFS-025

15. Helping children and students is at the core of the AFT-MD's mission. Our education professionals use research, studies, mentorship, nationally validated education goals, vibrant class discussions, and their own lived experiences to help their students flourish.

16. Diversity in the AFT-MD is one of the great strengths of our organization. Students must feel represented by the educators and teachers around them. Students are more likely to thrive when they can directly connect to their educators and see their cultural backgrounds and experiences reflected back at them in the classroom. Having diverse institutions, schools, and instructors allows students to understand the world around them and serves as a bridge to the world.

17. At an organizational level, the AFT-MD remains committed to creating a welcoming and open environment for all members. AFT-MD values diversity and culture, celebrating important events such as Hispanic Heritage Month, Juneteenth, Asian American and Pacific Islander Heritage Month, the Lunar New Year, and Black History Month.

**Addressing Issues and Ideas Prohibited by the Letter is Core to Our Members' Work**

18. AFT members teach across the subject areas offered in Maryland schools at every level, K-12 through college.

19. While some AFT members may specialize in subject areas that explicitly and directly address race, color, and national origin–like history, sociology, literature, and behavioral sciences–current and historic biases need to be accounted for in many subject areas. For instance, race has to be discussed in many health-related subjects: statistics, biology, nursing.

PLFS-026

20. Our teachers are tasked with nurturing the critical thinking abilities of their students, exposing them to diverse perspectives, and teaching their classes to engage with the world in a resilient manner. Given that, it is vital that our members be permitted to teach and engage with their students in an unobstructed manner. That includes when teaching diverse concepts, historic events, and ethnic and cultural studies. Promoting diversity of all types within the field of teaching is an important part of AFT-MD's mission.

21. The impact of the Dear Colleague Letter is broad and would seriously compromise almost every aspect of the work we engage in.

22. Many AFT-MD members teach and perform research directly relating to race and ethnicity. Beyond that, many members have work that is not directly focused on race or ethnicity but nevertheless touches upon such issues, such as Advanced Placement (AP) African American History, Student Emotional Learning, English Language Arts.

23. On a teaching level, as the demographics of the nation shift, we have seen an increasingly diverse student body. If our teaching members don't reflect that diversity of backgrounds and experiences in their curricula and instruction, we are doing our students a disservice.

24. It is essential that our members be able to go into their classrooms and research labs and fully engage with students of diverse backgrounds on these topics with the appropriate level of engagement that their academic and personal standards demand.

25. Beyond teaching and research, AFT-MD members engage in important admissions and recruitment work at their institutions. This includes implementing holistic student admissions and faculty recruitment systems, scholarship programs, and diverse mentoring

PLFS-027

opportunities. These practices have directly resulted in greater diversity, higher quality students accepted, and increased retention rates at AFT-MD member institutions.

### Effects of Dear Colleague Letter on Our Work

26. The Dear Colleague Letter prohibits the exploration or even discussion of these basic educational topics in a way that prevents many of our members from doing their jobs in any meaningful way. This new policy has fundamental implications for how we teach and how we ground our research at every level.

27. Immediately after the release of the Dear Colleague Letter, members across the AFT-MD, including individuals that lead departments, serve as faculty members, and teach K-12 classes are all concerned they will potentially lose funding or be subject to investigation or prosecution by the United States. Not only is this negatively influencing the work and careers of those members, but it will deeply impact the learning and future of their students by depriving them of essential courses and learning. Since February 14, 2025, numerous members of AFT-MD have reached out to ask about the Letter asking about compliance.

28. AFT-MD members who teach or research on issues relating to ethnic or race studies, social studies, or history courses worry they will lose access to federal funds or face investigation—or that their lessons, lectures, courses, programs, and departments will be censored, scaled back, or preemptively terminated by their colleges and universities fearing loss of federal funds and institutional investigation and prosecution. Even members whose field of expertise is not directly related to race, color, or national origin

6

are concerned that where their lessons touch upon race, color, or national origin they will face impossible choices about teaching their lessons as they have or censoring them.

29. AFT-MD members who sponsor student support groups, such as first-generation organizations or cultural affinity groups at their universities, colleges, or schools fear they will face investigation by the Department or have their student organizations shut down due to the threat of the language in the Dear Colleague Letter. This would deprive their students of essential resources on campus, negatively impacting their access to academic and community support systems.

30. AFT-MD members who are K-12 teachers fear they will face investigation and prosecution or have to stop sponsoring cultural or affinity student groups because of the threat of the Letter. This will deprive their students of an essential resource and sense of community at school that increases graduation rates and improves educational outcomes.

31. Since issuing the Dear Colleague Letter, the Department has taken further action that has compounded AFT-MD members' fears. First, the Department issued a Frequently Asked Questions document ("FAQs") in connection with the Dear Colleague Letter. The FAQs do not change any aspect of the Letter, and inject even more uncertainty into assessing what will be considered a discriminatory practice by the Department. Second, the Department created an "End DEI" portal as a dedicated space for people to report purported discrimination, as it is conceived in the Letter. This portal greatly increases our members' risk of being subject to an arbitrary and costly investigation which may result in the loss of funding for their educational institution and the loss of their jobs.

PLFS-029

Windsor Mill, Maryland
March 26, 2025

_Kenya Campbell_ (signature)
Kenya Campbell

PLFS-030