# EXHIBIT 5

PLFS-054

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**American Federation of Teachers,** *et al.*,

      Plaintiffs,

v.

**U.S. Department of Education,** *et al.*,

      Defendants.

**Civil Case No. 1:25-cv-00628**

### DECLARATION OF CHARLES GALLAGHER

I, Charles Gallagher, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I am a member of the American Sociological Association.

3.  The American Sociological Association is a national professional membership association for sociologists.

4.  American Sociological Association members include students, faculty, and people working in government agencies and non-profit and private organizations.

5.  I became a member of the American Sociological Association 27 years ago.

### My Work as a Faculty Member

6.  I am a professor of sociology at La Salle University in Philadelphia, Pennsylvania.

7.  I have been in my position since 2008. I have taught as a professor since 1996.

1

**PLFS-055**

8. From 2008 to 2021, I served as the chair of the Department of Sociology and Criminal Justice at La Salle University.

9. From 2008 to 2020, I served as the La Salle University Faculty Senate President.

10. The courses I currently teach include: Dynamics of Race and Ethnicity in the United States; Principles of Sociology; City: Conflict and Change and Immigration: Past and Present.

11. Each class typically has between 12 and 33 students.

12. Based on my understanding of the language of the Dear Colleague Letter issued by the Department of Education, content in my courses may be directly affected because much of it contextualizes the history of structural racism in our country and how that impacts current events.

13. In particular, my course, the Dynamics of Race and Ethnicity in the United States, focuses on the history of legislative acts that have shaped immigration policy. We analyze social factors and significant events–such as demographics shifts, changes in labor and industry, treatment of religious minorities, origins of eugenics and scientific racism, and the rise and fall of the Ku Klux Klan and the Know Nothing Party–for trends and conclusions. I fear that the Department may consider this to be "toxically indoctrinating" my students regarding structural and systemic racism under the broad language of the Dear Colleague Letter. As a result, the Department of Education may initiate a costly investigation of me and La Salle. Any such investigation would put La Salle's funding and academic reputation, my reputation as a professor and researcher, and my current position in danger. That risk is heightened as the Department appears to be encouraging

2

**PLFS-056**

people, many of whom may be misled by the language of the Letter, to file complaints
with the Department, which starts an investigatory process.

14. Further, the Department's frequently asked questions document ("FAQs"), issued in
connection with the Dear Colleague Letter, does not clarify or change my concerns, and
compounds my uncertainty over whether the courses and topics I teach may be a target
for enforcement moving forward.

15. Throughout my career I have focused on social inequality, race relations, and
immigration. These specializations center the role of systemic and structural racism in
our nation's history. It is impossible to take out the systemic or structural racism from
American history; that would merely result in a false version of history. If I am not able
to freely explore these basic themes in my research or teaching and put forth simple
fact-based historical assertions, it is not possible for me to continue my work in a
meaningful way.

**The Impact of the Letter on my Students**

16. I worry my courses would not be able to be taught under the broad language of the Dear
Colleague Letter as I currently understand it. Diversity in all of its forms is essential to
my teaching. That includes diverse perspectives, wide-ranging classroom discussions,
thoroughly analyzing United States history, and exposing students to new cultures and
communities. These topics may be viewed by the Department of Education as teaching
race-consciousness under the language of the Dear Colleague Letter. Currently, the
language of the Letter is so broad that it seems like anything the Department subjectively
deems to be "DEI" would not be permitted.

3

17. I have taught these topics for years, in compliance with state and federal law on discrimination, but I believe that the language of the Dear Colleague Letter may significantly curtail or bar my teaching on these topics if my coursework is determined to be teaching about structural racism or race-consciousness.

18. My course, Dynamics of Race and Ethnicity in the United States, meets a diversity course requirement for various departments. I believe it is absolutely necessary for students to be exposed to these points of view and the experiences in my class. Social work students, students in criminal justice who are planning to go into law enforcement and our nursing students need to experience the perspectives of people from all over the world because it directly prepares them for their work on the ground.

19. Allowing students to explore diverse points of view establishes important cultural competency for my students. All different types of students who come through my class benefit in different ways. Some of my students in the criminal justice program are interested in becoming law enforcement officers. They need high cultural competency and a strong understanding of the dynamics of the racially and ethnically diverse communities they will serve. It is essential that they approach their careers with a nuanced understanding as to how race, gender, and class interact with the criminal system. Similarly, the nursing students in my class need to understand how race, gender, and class interact with the medical systems in order to provide more empathetic and patient-centered care. Across the board, learning the history of our communities is vital for all of my students.

20. Under the language of the Dear Colleague Letter, this historically conscious approach to teaching about race and ethnicity in America may be viewed as explicitly race-conscious

4

and encouraging an understanding that the United States has structures of racism. If my coursework results in an Office of Civil Rights investigation or causes the University to discontinue my course or requires me to alter it beyond comprehension in an attempt to proactively avoid federal funding losses, these students will lose a critical piece of their education that prepares them to go into the world and succeed in their careers while also engaging in thoughtful practices that better our society.

21. Preventing my students from learning more fully about historic events such as the Native American genocide, slavery, the Chinese exclusion act, Japanese internment, Jim Crow and segregation, the experiences of white immigrants from Europe or the civil rights movement denies them the context for American history that allows them learn from the past and correct mistakes in the future. How could my students fully contextualize contemporary issues like police brutality, the mass incarceration crisis, or modern housing policy without being taught about the long history of slavery, Jim Crow, or the legacy of housing segregation and redlining? Yet the language of the Dear Colleague Letter may view that class content as toxically indoctrinating my students with false premises. Under the language of the Letter and the FAQs, I don't even know if I would be allowed to award credit to a student exam answer that draws on their own experiences regarding issues of race, culture, or ethnicity.

22. Prior to my course, some of my students–of all races–have not fully engaged with their own identities in the broader context of American history or culture. We have open classroom discussions about the intersections of student identities and the history of immigration that has impacted so many of my students in one way or another. What does it mean that we are a "nation of immigrants"? How do all of our students fit into this

5

PLFS-059

narrative? The negative impact of the Dear Colleague Letter is not short term. It will impact the next generation of community members and leaders and deprive them of a full understanding of their country's history.

23. Many students come into my class and engage–sometimes for the first time–with the deep roots of their heritage and history in America. These discussions give them the tools to articulate and celebrate their own culture, and the cultures of others. This is not an isolating experience, but in fact brings the students closer to each other, their communities, and communities distinct from their own.

24. It is impossible to remove discussion of systemic and structural racism from American history as the language of the Dear Colleague Letter seeks to do. Even the most basic American history course would be useless without addressing those concepts and to skip over the struggles of our nation is to incorrectly rewrite history.

### The Impact of the Letter on my Career and my Ability to Teach

25. The threat of arbitrary enforcement based on the Dear Colleague Letter has already begun impacting how I think about my class even without an Office of Civil Rights complaint being opened. The very nature of my class goes to the heart of what the language of the Dear Colleague Letter appears to target. My current course and much of my career focus revolves around studying the role of immigrants, race, and ethnicity in the history of our nation.

26. I also publish a course reader, Rethinking the Color Line: Readings in Race and Ethnicity, that is distributed widely throughout the nation and used in my courses.

6

**PLFS-060**

27. I have been grappling with whether there is even a way to change my course teachings without fundamentally undermining the purpose of the class, to structure it in a way where the language of the Dear Colleague Letter would not designate it as toxically indoctrinating my students. Unfortunately, it is impossible for me to engage in the course planning, research, or daily preparation for my class without thinking that I'm exposing La Salle to the risk of losing federal funding and what that might mean for myself, my colleagues and most importantly, my students. Beyond that, I am concerned that La Salle may try to unilaterally alter or end my course because the University is concerned that federal funds may be pulled due to perceived conflicts between my course and the language in the Dear Colleague Letter, despite the fact that I believe that my coursework, class discussions, teaching, and my writings are nondiscriminatory under state and federal law. In the thirty years teaching about race relations I have never had any student suggest that my class was in any way biased or presented any racial group in an unfavorable light. This includes the hundreds of white students I have taught over the decades.

28. I feel that the Dear Colleague Letter places both me and my school in an impossible situation where we need to choose between our institutional and personal values or maintaining our federal funding. This is made worse by the confusion surrounding what is and is not permitted under the Dear Colleague Letter, a confusion only exacerbated by the FAQs. I am afraid my institution will act broadly to try to comply with the language of both documents in an attempt to avoid losing federal funding.

7

**PLFS-061**

### The Impact of the Letter on Student Support at La Salle University

29. La Salle University has many affinity groups and student support organizations. These groups serve to bolster the academic performance of many students at La Salle University.

30. In particular, the first-generation student groups are deeply impactful. Often, my first-generation students are managing families and complicated households. Many of them are working to help pay their way through school. First-generation student organizations step in and help students who generally don't have the same level and type of support at home as students for whom college is part of a multi-generational family history. First-generation student organizations help with student retention. There's no question about it.

31. First-generation student groups give them a community to help with school. Often these groups help students get their first foot on the ladder and keep them in school. For example, through these student groups, they gain essential study skills and best practices. Many of these students didn't have study groups in high school or other core studying practices. This allows them to build those habits to excel at La Salle.

32. The vast majority of these first-generation students are people of color and immigrants. Because of that, these groups may be viewed improperly by the Department of Education as proxies for race as outlined by the language in the Dear Colleague Letter.

33. If affinity groups like this are jeopardized by the threat of the Dear Colleague Letter language, and the groups are disbanded, the impact will be devastating for the first-generation students as individuals–who may drop out of school without this support. Those losses would be, in turn, further damaging to the larger student body and campus,

8

**PLFS-062**

which would lose invaluable voices and diversity that broadens perspectives and enriches
university life in classrooms like mine and in the social fabric of the school. I am
concerned that these groups may be targeted by the Department of Education as proxies
for race under the Dear Colleague Letter language or that La Salle would proactively
attempt to disband or shrink these groups to avoid risking any federal funding being
revoked or labeled as DEI programming.

### Additional Impacts of the Letter at La Salle University

34. La Salle University believes that exposure to race and diversity is a core experience of
    higher education.
35. La Salle University is extremely diverse, both in its student body and in the composition
    of its faculty. Simply being exposed to students of different backgrounds is shown to have
    a positive impact on learning outcomes.
36. As part of the university's commitment to fostering a diverse student body, and
    promoting equal access to education opportunity, La Salle regularly accepts around 80%
    of applicants.
37. It is also deeply important for students to have faculty members who reflect the diversity
    of the student body. If students understand that their lived experiences are represented in
    the faculty and staff, they can feel seen and represented in their learning environment.
38. La Salle celebrates a wide range of cultural events throughout the year including
    Ramadan, Kwanza, Hanukkah, Easter, Thanksgiving and Christmas among many others.
    There is a multicultural affairs staff dedicated to address and plan such events. We
    believe it is important to foster a sense of community for all of our students. The

9

**PLFS-063**

university believes that you need to meet people where they are and make them feel comfortable so they can learn and thrive in a university setting and fully access the opportunities of higher education. I am concerned that La Salle's dedicated multicultural affairs staff may be targeted by the Department of Education under the language of the Dear Colleague Letter as a DEI program or that La Salle will unilaterally look to reduce or eliminate the office to avoid any perceived conflicts with the language of the Dear Colleague Letter and prevent federal funds from being revoked. Eliminating or reducing these positions and signaling to the wider university community that the learning environment is no longer as tolerant or welcoming as it once was would be devastating to the students.

Philadelphia, PA
March 26, 2025

Charles Gallagher

10

PLFS-064