# EXHIBIT 7

PLFS-077

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

### DECLARATION OF JANE DOE

I, Jane Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a member of the American Federation of Teachers-Maryland.

3. I became a member of the American Federation of Teachers-Maryland 12 years ago.

4. I fear retaliation and harassment against myself and my school, so am submitting this declaration under pseudonym.

**My Work as a Teacher**

5. I am a public high school teacher in Maryland.

6. I have been a teacher for over 15 years and have been at my school for over 10 years.

7. I currently teach in and chair the world language department at my school.

8. Based on my understanding of the language of the Dear Colleague Letter issued by the Department of Education, I am concerned that the content of courses, support of certain student groups, and multiple aspects of my school's curriculum, as described further below, may put me and my school at risk of a costly investigation that could result in the loss of my school's funding, negative impacts on my professional reputation, and threaten my current job. I also worry that my school's reputation would be impacted in our close knit community. That risk is compounded by the Department's apparent encouragement of anyone who may think there has been a discriminatory practice, based on the Letter, to file a complaint.

9. The confusion and uncertainty surrounding the Letter is only compounded by the Department's frequently asked questions document ("FAQs"), which amplifies my concerns that my speech and my school's critically important work for students–things I believed were protected by the First Amendment–will be chilled and will make us a target for enforcement moving forward.

**The Impact of the Letter in My Classroom and on My Students**

10. As stated in the International Baccalaureate's (IB) mission statement, my goal as an educator is to develop "knowledgeable and caring young people who help to create a better and more peaceful world through education that builds intercultural understanding and respect" (IB Mission Statement, 2025). As a world language teacher and department chair, everything we do in the classroom is with an eye towards broadening the horizons of my students through diverse ideas and perspectives.

11. We have compelling data and anecdotal experiences highlighting how important it is to be immersed in a language and culture to best learn a language, such as a significant reduction in Language & Literature English failure rates among students who also study Language & Literature in Spanish. To that end, my school has begun a language positive cohort. The idea behind the cohort is to invite all students to engage with non-language specific content in other languages, which supports development of students' mother tongue and new language acquisition. It also celebrates a global mindset across the curriculum. This effort includes my courses on Language and Literature in Spanish. Students can take this course as their world language class instead of a traditional Language Acquisition class. Any student can opt into the Language and Literature Spanish course as long as they test at an appropriate level. In my class I have native Spanish speakers, heritage Spanish speakers (students who grew up around Spanish, but don't speak it fluently yet), non-native Spanish speakers that participated in language immersion programs, and several students who just recently began to study Spanish that have quickly developed advanced skills through their passion for language learning. This course is an opportunity to reinforce Language and Literature in English skills for all of the students who participate; this has been particularly impactful for our Multilingual Learners receiving ESOL services who struggle with English Literature skills at a larger scale. This has also directly resulted in the expansion of the number of students taking the Higher Level IB Spanish Exam, a course more likely to earn college credit for students than the Standard Level IB Spanish Exam at prestigious universities.

12. As a part of IB's required exploration of school policies, a team of teachers, parents and students presented our school with studies indicating the power of diverse intercultural

PLFS-080

exploration in learning for all students. These studies conclude that diverse intercultural classroom experiences boost the outcomes of all groups of students regardless of background because they promote creativity, motivation, deeper learning, and critical thinking.

13. I have seen this borne out in my Language and Literature in Spanish courses. I teach two mixed 9th and 10th grade sections, an 11th grade section, and a 12th grade section of my course. Over my four sections, I have a bit over 100 students. My students come from all backgrounds, and I have seen them all benefit from being exposed to the thoughts, languages, and cultures of their classmates and beyond. My students who have seen the greatest growth in their reading, speaking, writing, and listening ability do not come from native Spanish-speaking backgrounds or even immersion programs. Instead, they are my students who only recently began to study Spanish and simply love to learn languages and are flourishing in this class format.

14. Part of what makes this class model so successful is that it recreates an authentic language immersive environment for students. Students have the opportunity to be surrounded by fluent speakers of Spanish, different accents, and diverse vocabulary. This more closely resembles the experience of being in-person in a Spanish speaking country, where you would have everyday conversations with native speakers about a wide range of topics. This organic way of speaking in class and with classmates is almost akin to studying abroad for an hour per day and is highly effective in allowing my students to sharpen their language and critical thinking skills.

15. Rather than only meeting the 2-year minimum state requirement, we highly encourage our students to study 3 to 4 years of a world language. This expands how many students

take advantage of challenging Diploma Program Language Acquisition courses in their junior and senior year. A benefit of IB world language classes is that they focus on cultural learning, in addition to building language fluency. Students in my classes and throughout the world language department are exposed to not just the language of countries from around the world, but exploration of the culture, society, and government as well. For example, our IB Language Acquisition curriculum instructs educators to explore themes of: "Identities and relationships, Personal and cultural expression, Scientific and technical innovation, Fairness and development, Orientation in space and time and Globalization and sustainability" from countries that speak our courses' target languages. Our students learn about different healthcare models, college affordability, and a host of other policy and cultural differences between the U.S. and other nations. This allows them to sharpen their critical thinking skills and better contextualize how U.S. systems function. I have also seen it build compassion and empathy for their classmates and for other nations.

16. Despite the proven benefits to all students regarding the implementation of the language positive cohort, world language IB Diploma Program coursework for all students, and my Spanish Language and Literature course, I believe the broad language of the Dear Colleague Letter could improperly cause these programs to be viewed as serving as proxies for race or even preferencing people of specific backgrounds. In the last 2 years, our number of Higher Level Spanish IB exam testers increased by 8 fold. In the last decade, our school has more than doubled the number of students receiving the IB Diploma. Our students see greater college and career success thanks to this progress. According to the 2024 National Student Clearinghouse study of IB student outcomes,

once in college only 68% of all students nationally earn their degree within 6 years; for IB Diploma Program graduates that number rockets to 86% and to 94% for IB Diploma Recipients. Despite these meaningful outcomes, every day, the language of the Dear Colleague Letter forces me to think about how I offer my course and whether my department is in violation of the vague guidance issued by the letter. I need to choose whether to continue fostering success for my students and risk drawing attention to my school, exposing it to potential complaints, investigations, and potential funding removal, or to stop this programming.

17. The IB diploma is a rigorous academic program. The IB diploma program prepares students for college and career readiness by focusing on developing deep critical thinking skills based on intercultural understanding and respect across six subject groups. All students have the opportunity to take IB classes and some pursue a full IB diploma that requires a heavy course load, multiple standardized IB exams, and culminates in a lengthy research-based extended essay.

18. My course and other courses in my department are developed using the IB language course documents and we integrate our department teachings into the school-wide IB diploma program. IB classes promote robust critical thinking that empower them to engage deeply in the world around them. This is how they learn to embody the IB learner profile as "Inquirers, Knowledgeable Thinkers, Communicators, Principled, Open-minded, Caring, Risk takers, and Balanced" (IB Learner Profile, 2025). The growth and perseverance I see in my students through the IB program is inspiring. Their ability to think, write, and express themselves grows tremendously through this program.

PLFS-083

Students routinely return to our school to share with their peers how the IB program better prepared them for college and life after high school.

19. As a result of the intensive requirements of the IB diploma program, there is an extensive process to be certified and maintain a status as an IB diploma school to ensure the program is being run rigorously and properly. The process includes frequent curriculum audits, physical visits and interviews from IB program representatives, material submissions, classroom shadowing, and more.

20. IB courses cover many topics that could be implicated in the Dear Colleague Letter, including but not limited to: Social and Cultural Anthropology, Global Politics, Geography, Language Acquisition, and Language and Literature. I have seen the incredible benefits that the IB classes and program provides to my students, and I believe that our program complies with all state and federal discrimination laws, but the Dear Colleague Letter suggests otherwise. Some of the IB courses, especially ones focused on history and anthropology, could be seen as toxically indoctrinating our students with the premise that the United States is built upon "systemic and structural racism" due to their lessons on topics such as poverty, injustice, inequality, and human rights. I am afraid that my school may be forced to choose between offering these courses and maintaining the high standards of the IB diploma program or eliminating them to keep our federal funding safe from the threat of the Dear Colleague Letter.

PLFS-084

### The Impact of the Letter on Student Support at My School

21. My school has many affinity groups and student support organizations. These groups not only help my students academically, they grow them as people and provide a vibrant space for students to bond and thrive.

22. I speak from the experience of working with my students every single day when I say that these affinity groups and student organizations are sometimes the reason that students show up to school. Working alongside their peers at these affinity group meetings or cultural groups during and after school are why some kids sit through their toughest classes, and every single one of them is better for it. These groups have a tangible impact on education and community at my school.

23. These student organizations also engage in vital programming activities that have a direct impact on academic outcomes at my school. One student organization I support runs an afterschool program where students teach an English class. Recently, the English class provided teaching and scenario practice for Spanish speaking parents at the school and resulted in some incredible outcomes. The course allowed non-native English speaking parents to be much more comfortable navigating discussions with teachers, administrators, and the school system generally. As a result, they were better able to support their children throughout the term, and after the course was implemented the proportion of students from Hispanic households that passed all courses on their report cards doubled.

24. I believe that my school's affinity and cultural organizations are compliant with all state and federal discrimination laws, but the language of the Dear Colleague Letter suggests

PLFS-085

that instead these affinity and student organizations may either improperly separate students by race or alternatively serve as proxies for race. I am afraid that my school may be forced to choose between offering these vibrant student organizations that dramatically and tangibly improve academic progress and maintaining stable federal funding as outlined by the language of the Dear Colleague Letter.

25. For example, my school closely monitors statistics related to students passing the courses required for graduation. One thing that we have seen is that some student groups are more likely to be in academic jeopardy than others. High schools across the country have struggled to keep the success rates of young Black men the same as the rest of the student body. One solution we have found for this is to build time into the school day when all students can attend a variety of support opportunities. Students can use these designated times to get extra help from teachers, meet with clubs, get peer tutoring, receive mentoring opportunities from local universities and alumni, and much more.

26. Among our many supportive offerings, we also offer spaces for our young Black men to have the opportunity to meet with mentors who work with them to build up a strong sense of identity, belonging, and accomplishment. Similar options also exist for students who want to be immersed in or practice different languages, and also for different boys and girls sports teams, as these team members face similar pressures at the same times of the year. These options have provided great opportunities for students to get to know each other and to support each other both socially and academically with unstructured opportunities for peer tutoring, mentoring, and more. This has been one of the reasons why the number of students failing their classes has decreased dramatically. For example, over the past decade we have reduced the number of 9th grade students who have failed a

PLFS-086

graduation requirement by 95%. The broad language of the Dear Colleague letter would almost certainly impact the existence of these vital opportunities to increase student belonging, achievement, and graduation rates.

27. My school also runs a large-scale peer tutoring program for all students. The student tutors in these programs are trained by staff members, but then in turn are the ones that teach other students that come to the centers seeking assistance.

28. Peer center tutoring serves as a free option for students to get specialized assistance on a wide range of topics for their school assignments. This service is essential, especially to students of underserved communities that might not have access to significant resources outside of the school or the ability to pay for tutoring. This program is a great opportunity for all students to assist each other, and many of the bonds formed during the previously mentioned supportive student communities carry over and assist in students being able to effectively work with and help each other.

29. I have seen the direct benefits of the peer centers and I have students that serve as student tutors as well as students that seek out assistance from the peer centers. I refer my students to the peer center as well as benefit from my students serving as peer tutors. It is an indispensable resource to my students and my department.

30. I believe that our supportive offerings and peer tutoring programs are run in complete compliance with all state and federal discrimination laws, but the broad language of the Dear Colleague Letter suggests that they could disproportionately serve minority students and students of underserved backgrounds, the program could be viewed as using other criteria as a proxy for race. I am afraid that my school may be forced to choose between

PLFS-087

offering these incredible student resources and safeguarding our federal funding as threatened by the Dear Colleague Letter.

31. If peer centers, affinity groups, and student support structures like these are ended, it would be devastating for my school on multiple levels. It would be terrible for learning outcomes, it would shatter the sense of student community, and it would take away a vital resource for students, teachers, and administrators.

### Additional Impacts of the Letter at My School

32. My school believes in preparing our students to approach life with an open mind and a passion for lifelong learning. That involves embracing diversity in many different forms. We are a majority-minority school, and we believe that exposure to different cultures and backgrounds is essential to preparing our students to enter the world. We strive to open our student body up to diverse experiences and we feel that it makes them stronger academic performers and better people. This approach has been validated by academic studies and the outcomes we have observed throughout our school. The Dear Colleague Letter would force us to choose between fostering the most positive learning environment possible for our students and the continued access to federal money by attempting to comply with the vague and unclear language of the letter. Either option will deeply negatively impact our students.

Maryland  
March 28, 2025

_____  
Jane Doe