# EXHIBIT 10

PLFS-108

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

**American Federation of Teachers**, et al.,

      Plaintiffs,

  v.

**United States Department of Education**, *et al.*,

      Defendants.

Civil Action No. 1:25-cv-00628

## DECLARATION OF MADELINE H. GITOMER

I, Madeline H. Gitomer, state and declare as follows:

1.  I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction.

2.  A true and correct copy of the Letter from Craig Trainor, Acting Assistant Secretary for Civil Rights at the U.S. Department of Education, to Colleagues, dated February 14, 2025, titled the *Dear Colleague Letter*, is attached hereto as **Exhibit 11**.

3.  A true and correct copy of The Chronicle of Higher Education's article titled *Ed. Dept.'s Broad DEI Warning Puts College Leaders in 'Enormously Complicated Situation'*, dated February 18, 2025, is attached hereto as **Exhibit 12**.

4.  A true and correct copy of the U.S. Department of Education webpage titled *End DEI Portal* is attached hereto as **Exhibit 13.**

5.  A true and correct copy of the U.S. Department of Education FAQ titled *Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act* is attached hereto as **Exhibit 14.**

6.  A true and correct copy of the U.S. Department of Education Office for Civil Rights guidance titled *Fact Sheet: Ensuring Educational Opportunities for All Students on Equal Terms 70 Years After Brown v. Board of Education* is attached hereto as **Exhibit 15.**

7.  A true and correct copy of the U.S. Department of Education guidance titled *Questions And Answers Regarding The Supreme Court's Decision In Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina*, dated August 14, 2023, is attached hereto as **Exhibit 16.**

8.  A true and correct copy of the U.S. Department of Education Office for Civil Rights Fact Sheet titled *Fact Sheet: Harassment based on Race, Color, or National Origin on School Campuses*, dated July 2, 2024, is attached hereto as **Exhibit 17.**

9.  A true and correct copy of the U.S. Department of Education guidance titled *Resolving a Hostile Environment Under Title VI: Discrimination Based on Race, Color, or National Origin, Including Shared Ancestry or Ethnic Characteristics,* dated March 25, 2025, is attached hereto as **Exhibit 18.**

10.  A true and correct copy of The PhD Project's webpage titled *Enriching Education for All* is attached hereto as **Exhibit 19.**

11.  A true and correct copy of the Executive Order No. 14151, 90 Fed. Reg. 8339 (Jan. 29, 2025), titled *Ending Radical and Wasteful Government DEI Programs and Preferencing,* is attached hereto as **Exhibit 20.**

12. A true and correct copy of the Executive Order No. 14173, 90 Fed. Reg. 8633 (Jan. 31, 2025), titled *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, is attached hereto as **Exhibit 21.**

13. A true and correct copy of the Gettysburgian article, titled *Young America's Foundation Files Complaint Against Gettysburg College to Department of Education,* dated March 21, 2025, is attached hereto as **Exhibit 22**.

14. A true and correct copy of the U.S. Department of Education Office for Civil Rights Guidance titled *Race and School Programming*, dated September 25, 2023, is attached hereto as **Exhibit 23.**

15. A true and correct copy of the U.S. Department of Education guidance titled *Strategies for Increasing Diversity and Opportunity in Higher Education*, dated September 28, 2023, is attached hereto as **Exhibit 24.**

16. A true and correct copy of the U.S. Department of Education Office for Civil Rights Fact Sheet titled *Fact Sheet: Diversity and Inclusion Activities Under Title VI*, dated January 2023, is attached hereto as **Exhibit 25.**

17. A true and correct copy of the letter from Kristen Clarke, Assistant Attorney General, Civil Rights Division at the U.S. Department of Justice, and Catherine E. Lhamon, Assistant Secretary for Civil Rights at the U.S. Department of Education, to Colleagues, dated August 14, 2023, titled *Dear Colleague Letter re: Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina*, is attached hereto as **Exhibit 26.**

18. A true and correct copy of the Oregon Department of Education guidance titled *Preliminary Description of the Proposed Social Emotional Learning Standards Framework for Oregon*, dated September 2022, is attached hereto as **Exhibit 27.**

19. A true and correct copy of the Virgina Commonwealth University study titled *Multicultural education professional development: A review of the literature. Review of Educational Research* from 2019 is attached hereto as **Exhibit 28.**

20. A true and correct copy of the Education and Urban Society study titled *Influences of the Campus Experience on the Ethnic Identity Development of Students of Color* from 2014 is attached hereto as **Exhibit 29.**

21. A true and correct copy of the Journal of Black Studies study titled *Staying focused on the goal: Peer bonding and faculty mentors supporting persistence in college* from 2017 is attached hereto as **Exhibit 30.**

22. A true and correct copy of the U.S. Department of Education National Center for Education Statistics Webpage titled *Public School Revenue* Sources, dated May 2024, is attached hereto as **Exhibit 31.**

23. A true and correct copy of the Press Release from the U.S. Department of Education titled *Office for Civil Rights Initiates Title VI Investigations into Institutions of Higher Education*, dated March 14, 2025, is attached hereto as **Exhibit 32.**

24. A true and correct copy of the Higher Ed Dive article titled *Trump Administration Cancels $400M of Columbia's Grants and Contracts Amid Antisemitism Probe*, dated March 7, 2025, is attached hereto as **Exhibit 33.**

25. A true and correct copy of the U.S. Department of Education Press Release titled *DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million*, dated March 7, 2025, is attached hereto as **Exhibit 34.**

26. A true and correct copy of the Rotunda article titled *Trump Administration's Anti-DEI Letter Causes Confusion, Anxiety*, dated February 19, 2025, is attached hereto as **Exhibit**

**35.**

27. A true and correct copy of the UC Cincinnati article titled *President Pinto shares message regarding future of DEI at UC*, dated February 21, 2025, is attached hereto as **Exhibit 36.**

28. A true and correct copy of the Ohio Capital Journal article titled *Ohio State University is closing its Office of Diversity and Inclusion*, dated March 3, 2025, is attached hereto as **Exhibit 37.**

Washington, D.C.  
March 28, 2025

_____  
Madeline H. Gitomer