# EXHIBIT 12

PLFS-119

# THE CHRONICLE OF HIGHER EDUCATION

Sign In

**FUNDING CONUNDRUM**

# Ed. Dept.'s Broad DEI Warning Puts College Leaders in 'Enormously Complicated Situation'

By Jasper Smith    February 18, 2025



ILLUSTRATION BY THE CHRONICLE

The Department of Education's recent Dear Colleague letter calling for the elimination of

PLFS-120

3/26/25, 3:02 PM
Ed. Dept.'s Broad DEI Warning Puts College Leaders in 'Enormously Complicated Situation'
Case 1:25-cv-00628-SAG    Document 31-15    Filed 03/28/25    Page 3 of 9

## To continue reading for FREE, please sign up.

A free account provides you access to free articles each month, newsletters, job postings, salary data, and exclusive store discounts.

**First Name**
Enter your first name

**Last Name**
Enter your last name

**Email**
yours@example.com

**Password**
your password

**SIGN UP**

☑ Yes, please send me Academe Today, *The Chronicle's* daily flagship newsletter.

By creating a free account, you are agreeing to receive updates and special offers from *The Chronicle* and our selected partners. Unsubscribe links are provided in every email. View our user agreement and privacy policy.

## Already have an account?

**SIGN IN**

**Subscribe today** for unlimited access starting at just $1/week.

Read other items in this *What Will Trump's Presidency Mean for Higher Ed?* package.

We welcome your thoughts and questions about this article. Please email the editors or submit a letter for publication.

**Tags**   Race   Leadership & Governance   Diversity, Equity, & Inclusion   Law & Policy

**Share**   X   in   f   ✉

Case 1:25-cv-00628-SAG    Document 31-15    Filed 03/28/25    Page 4 of 9



About the Author

# Jasper Smith

Jasper Smith is a 2024-25 reporting fellow with an interest in HBCUs, university partnerships, and environmental issues. You can email her at Jasper.Smith@chronicle.com or follow her at @JasperJSmith_.

## Top Articles



**DEEP CUTS**
Trump's Education Secretary Described a 'Final Mission.' Now She's Enacting Mass Layoffs.



**$900K IN CATERING**
Ben Sasse Came Under Fire for His Spending. A New Audit Has More Details.



**LAW & POLICY**
Biden's Title IX Rule Is Now Blocked Nationwide. Here's What That Means.



**'SUBSTANTIAL MISREPRESENTATION'**
Feds Fine Baker College $2.5 Million for Deceptive Marketing That Left Students With Debt and Regret

# Subscribe today for unlimited access

**PLFS-122**

Case 1:25-cv-00628-SAG    Document 31-15    Filed 03/28/25    Page 5 of 9



About the Author

# Jasper Smith

Jasper Smith is a 2024-25 reporting fellow with an interest in HBCUs, university partnerships, and environmental issues. You can email her at Jasper.Smith@chronicle.com or follow her at @JasperJSmith_ .

## Top Articles



**DEEP CUTS**
Trump's Education Secretary Described a 'Final Mission.' Now She's Enacting Mass Layoffs.



**$900K IN CATERING**
Ben Sasse Came Under Fire for His Spending. A New Audit Has More Details.



**LAW & POLICY**
Biden's Title IX Rule Is Now Blocked Nationwide. Here's What That Means.



**'SUBSTANTIAL MISREPRESENTATION'**
Feds Fine Baker College $2.5 Million for Deceptive Marketing That Left Students With Debt and Regret

# Subscribe today for unlimited access



About the Author

# Jasper Smith

Jasper Smith is a 2024-25 reporting fellow with an interest in HBCUs, university partnerships, and environmental issues. You can email her at Jasper.Smith@chronicle.com or follow her at @JasperJSmith_ .

## Top Articles



**DEEP CUTS**
Trump's Education Secretary Described a 'Final Mission.' Now She's Enacting Mass Layoffs.



**$900K IN CATERING**
Ben Sasse Came Under Fire for His Spending. A New Audit Has More Details.



**LAW & POLICY**
Biden's Title IX Rule Is Now Blocked Nationwide. Here's What That Means.



**'SUBSTANTIAL MISREPRESENTATION'**
Feds Fine Baker College $2.5 Million for Deceptive Marketing That Left Students With Debt and Regret

# Subscribe today for unlimited access



Start reading today for only $9/month

Subscribe Now

## Top Jobs from The Chronicle

**Executive Vice President**
American International University

**Ceramics Instructor of Practice**
St. Lawrence University

**Tenure-Track Faculty in Biomanufacturing Systems Engineering (All Ranks)**
K-State College of Engineering

**Academic Director and Clinical Assistant/Associate Professor of Interdisciplinary Social Sciences**
NYU School of Professional Studies

**Clinical Assistant/ Associate Professor of Writing, Communication and Applied Humanities**
NYU School of Professional Studies

**Visiting Assistant / Associate Professor of Information Systems / AI**
Ketner School of Business, Catawba College

Dean of the College of Public Policy

**Search All Jobs**

First job.
New challenge.
Change of pace.
Small step.
Giant leap.

Start Your Job Search

PLFS-123

Case 1:25-cv-00628-SAG    Document 31-15    Filed 03/28/25    Page 8 of 9

 

**NEWSLETTERS**

# Teaching

Join a community of instructors and improve your teaching and learning outcomes with our free weekly newsletter.

Email address

Sign Up

## In The Chronicle Store



**The Neurodiverse Campus**



**The Data Informed Campus**

**PLFS-124**



**Higher Education in 2035**



**A Librarian's Toolbox**

Subscribe Today

1255 23rd Street, N.W. Washington, D.C. 20037

© 2025 The Chronicle of Higher Education

*The Chronicle of Higher Education* is academe's most trusted resource for independent journalism, career development, and forward-looking intelligence. Our readers lead, teach, learn, and innovate with insights from *The Chronicle*.

PLFS-125