# EXHIBIT 19

PLFS-174

ANNUAL CONFERENCE

DONATE

CONTACT

JOBS

EVENTS

PARTNERS

BECOMING A PHD

ABOUT US

# Enriching Education for All



PLFS-175

## Our Programs



Leverage our expansive network of partners, professionals, and universities so they can continue to help individuals earn their PhDs to teach and inspire the next generation of business leaders.

## Our Mission



To expand the pool of workplace talent by developing business school faculty who encourage, mentor, and support tomorrow's leaders.

## Our Vision

A broader talent pipeline of current and future business leaders committed to excellence and each other.

## We Broaden the Landscape



## We Empower Our Community



## We Create the Future





Business needs the talents of many outstanding professionals. Students deserve to be confident that their unique viewpoints are valued and that everyone should have the opportunity to succeed.



Through partnerships, networking, mentoring and unique events, The PhD Project empowers our community to help business professionals and students from various backgrounds earn PhDs so they can inspire and educate the next generation of business leaders.



For over 30 years, The PhD Project has helped change the future workforce by providing students a model of achievement and businesses a powerful way to enrich the talent pipeline. With our partners, we support the development of business PhDs from increasing the number of brilliant educators from all communities.

## Why pursue a business PhD?

There are many compelling reasons, including:

- an MBA is not required, just the GMAT/GRE test score;
- universities generally provide stipends and don't charge tuition;
- business experience is highly valued;
- academic compensation packages are attractive



# Why pursue a business PhD?

There are many compelling reasons, including:

- an MBA is not required, just the GMAT/GRE test score;
- universities generally provide stipends and don't charge tuition;
- business experience is highly valued;
- academic compensation packages are attractive

**Learn More**

Home
About Us
Annual Conference

Partners
Member Stories
Donate

News
Contact
Privacy Policy

Join Our Mailing List

Email







PLFS-178