# EXHIBIT 22

PLFS-191



Tograic for The Gettysburgian — contact_editors@gettysburgian

Home   Our Staff 2024-25   Print Archive   A&E   Features   Magazine   News   Opinions   Sports

# Young America's Foundation Files Complaint Against Gettysburg College to Department of Education

Home | News | Young America's Foundation Files Complaint Against Gettysburg College to Department of Education

Trending Articles

Posted By Vincent DiFonzo on Mar 21, 2025 | 3 comments

See also: *News Explainer: What's Going On With the Department of Education?*

By Vincent DiFonzo, Editor-in-Chief

On Monday, a non-profit conservative advocacy group issued a civil rights complaint to the Department of Education's Office for Civil Rights (OCR) alleging "ongoing civil rights violations against conservative students at Gettysburg College." The complaint lists a number of offices, student organizations, academic programs and events related to diversity and inclusion, and urges the OCR to investigate the College for alleged federal law violations.

The Gettysburgian obtained a copy of the complaint and identified its sender as the Young America's Foundation (YAF), the parent organization of national student organization Young Americans for Freedom, which operates an active student chapter at Gettysburg. The YAF associate general counsel, attorney Madison Hahn, authored the complaint and sent it to the OCR's Philadelphia office. In the letter, Hahn accuses Gettysburg College of violating federal law and cites a number of campus clubs, organizations, offices, events, initiatives and policies related to diversity, equity, inclusion and identity.

The letter of complaint alleges that Gettysburg College is violating Title VI, Title IX, a number of recent executive orders issued by the Trump administration as well as a "Dear Colleague" letter sent by the Department of Education on Feb. 14 to hundreds of colleges across the country.

"Young America's Foundation writes to alert [OCR] to the significant and ongoing violations against conservative students at Gettysburg College," the letter says in its opening text.

In its introduction, the letter alleges that "YAF activists face significant discrimination on [college campuses], where extremist administrators and faculty use so-called and often self-appointed authority to block conservative speech."

The letter lists executive orders they argue the College is violating through its diversity and inclusion-related organizations and programs. They cite the following executive orders, all signed by Trump between Jan. 20 and 21.

- Executive Order No. 14151, titled "End Radical and Wasteful Government DEI Programs and Preferencing."
- Executive Order No. 14173, titled "End Illegal Discrimination and Restore Merit-Based Opportunity."
- Executive Order No. 14168, titled "Defend Women from Gender Ideology Extremism and Restore Biological Truth to the Federal Government."

 Young America's Foundation Files Complaint Against Gettysburg College to Department of Education

 Campus Safety Crime Log: March 17 - 23, 202

 Same Sport, Different Treatment: WNBA vs. NBA

 Student Senate 3/24: Elections Forum, Facilities Explains Laundry System

 Opinion: Warning From a Former Trump Supporter

Search

[Search]

PLFS-192

"YAF urges [OCR] to open a formal investigation into Gettysburg College and to apply appropriate remedial actions," Hahn wrote.

The campus groups targeted include the College's Office of Diversity and Inclusion, multiple identity and culture-based student clubs, a student residential space, multiple College policies and statements, an academic department as well as many identity and diversity-related events that have been held on campus by various organizations.

The letter also falsely claims that one of the programs they discuss is "[exclusive] to people of certain 'sexual identities.'" In fact, the campus program in question, although geared towards LGBTQ+ people, does accept members regardless of a student's sexuality.

Some community members, including students, are mentioned by name in the complaint. The Gettysburgian has decided against publishing mentioned names to protect the privacy of these individuals.

One student involved in an organization targeted by the letter spoke to The Gettysburgian on the condition of anonymity to express how news of the complaint has affected them and their community.

"As a queer student on campus, the direct attack on the queer community and other diverse groups in this letter makes me feel unwelcome and unsafe. And in turn, the identity-based organizations which this letter attacks are the very thing that has helped me to feel safer on campus in the first place," the student said. "Me and many other students have found lifelong friends through queer events and spaces on campus, which have always been open for anyone to attend."

The student expressed that identity and inclusion-based groups on campus exist "to promote inclusivity and love," and argued against the notion that they are "somehow a threat to the existence of others or in violation of any law." They called the complaint an "absurd and harmful attack on the queer community and other groups on this campus."

"I believe that identity-based organizations are being targeted by YAF due to the current presidential administration and the rhetoric being perpetuated by Donald Trump," said the student. "I believe this gives a signal to groups such as YAF to try to target these communities themselves. If anything, this letter proves that now, more than ever, programs and organizations that celebrate diversity and inclusion are needed on this campus."

Their statement concludes, "Me, and other members of diverse communities on campus, are simply trying to exist. We are simply trying to receive the education and experience which Gettysburg College provides us. We are simply trying to graduate. Above all, we are simply trying to celebrate and be proud of who we are. How this can be of threat to anyone in turn is something that I will never understand."

The Gettysburgian contacted the Gettysburg chapter of Young Americans for Freedom with questions on their reaction to the letter. As of Friday, YAF president Tyler Seeman '26 responded and requested more time to answer the questions. This article will be updated with his comments if The Gettysburgian receives a further response.

In a statement to The Gettysburgian, President Bob Iuliano addressed community members who were specifically targeted in the letter.

"To the individuals and programs mentioned in the report, please know that you are valued. The contributions you make to this campus matter," he said.

Iuliano addressed the complaint in a campus-wide email sent on Thursday afternoon.

"The letter disagrees with how the College's mission and values are expressed through our educational programs and practices, and does so by asserting that some of those programs and practices violate civil rights laws," wrote Iuliano.

He stated that the College has been in contact with all the campus organizations specifically mentioned in the complaint. He also wrote that because the letter is being discussed on campus already, he decided to address the letter to the campus community in order to "reaffirm some of the fundamental principles that guide us."

Iuliano emphasized the College's commitment to academic freedom and free expression, referencing the College's "Freedom of Expression Policy."

"We create an environment that encourages a wide range of views, including views with which other members of the community (and outside advocacy organizations) might disagree. This is foundational to any quality education," wrote Iuliano.

He also reaffirmed that the College recognizes the "worth and dignity of every member of our community," further emphasizing that, "Learning and the pursuit of knowledge flourish in a place committed to the open exchange of ideas — an environment where individuals from different backgrounds, beliefs and experiences engage in meaningful dialogue. For this to occur at any depth, every member of our community must be fully included and empowered to contribute."

Iuliano expressed that the College disagrees that it is in violation of federal law.

"We do not agree that the College is violating civil rights laws and, of course, will discuss that with [OCR], should it pursue an investigation," he wrote. "The principles I have outlined today are not new to the College; they rest in commitments that have guided us throughout the nearly 200 years since our founding."



The Gettysbur...
Follow Page



The Gettysburgian
on Monday

https://gettysburgian.com/.../faculty-meeting-3-20-communica.../



GETTYSBURGIAN.COM
Faculty Meeting 3/20: …
By Vincent DiFonzo, Editor-…

Login

▸ Log in

▸ Entries feed

▸ Comments feed

▸ WordPress.org

During Thursday's faculty meeting, Iuliano stated that if the OCR decides to conduct an investigation, the College will "forcefully defend our values and our programs."

The student who spoke with The Gettysburgian said that it makes them feel safer knowing that Iuliano is "standing with these diverse communities on campus and has stated that he does not agree that the College is violating civil rights laws."



**Author:** Vincent DiFonzo

Vincent DiFonzo '25 serves as Editor-in-Chief for the Gettysburgian. Vince is an IGS international affairs and history major with a political science minor. He served as Content Manager in Spring 2023 and as Opinions Editor and Lead Copy Editor for the Fall 2023 semester, before studying abroad in Berlin in Spring 2024. On-campus, he is the house leader for Public Policy House, an editor for the Gettysburg Social Science Review, a participant in Eisenhower Institute programs and Managing Editor of the Eisenhower Institute's Ike's Anvil. Outside the Gettysburgian, Vince enjoys discovering new music, geography and traveling.

Share This Post On

## 3 Comments



**F Costa**

MARCH 21, 2025

I think it is incredibly silly to waste our time acting like the students in YAF are descriminated against. If they feel like outcasts, it's because of their far right views that verge on hate speech.

At my time on campus, YAF wrote on sidewalks and posted signs that read "The number one killers of Black people are abortions" and the college defended the ability for YAF to express itself in this way, even punishing someone who erased this hate speech from sidewalks.

The head of YAF argued with Sherman Alexie that Native People were not subject to genocides. He only stormed out when he couldn't politely listen to the response given by the author and was not kicked out.

YAF brought some hatemonger on campus who said unspeakable things about Muslim Americans, but the college allowed their event to happen.

Nobody is treading on you sweetie

Post a Reply



**G Mangala**

MARCH 22, 2025

Absolutely agree with OP. YAF has a long history of forgetting that freedom of speech is not a freedom of consequences. It's funny because the groups they are condemning are well aware that sharing your viewpoint will often bring out naysayers, but the moment YAF students feel disliked for, let's be so clear here, their comments that are often meant to provoke and agitate, they get sensitive and cry to the Department of Education. COME ON. Shame on YAF for their inability to stand on business. The fact that their president could not prepare a statement in time for this article's original publication is laughable. If you feel like your conservative speech is being blocked, the Gettysburgian is giving you an opportunity to speak! Say it with your chest!

Post a Reply

PLFS-194

**Alum**
MARCH 22, 2025

Post the complaint lol, want to read some bullshit

Post a Reply

## Submit a Comment

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Submit Comment

Designed by **NBR Design Studio LLC** | Powered by Wo

**PLFS-195**