# EXHIBIT 30

PLFS-442

*Article*

# Staying Focused on the Goal: Peer Bonding and Faculty Mentors Supporting Black Males' Persistence in College

Journal of Black Studies
2017, Vol. 48(3) 305–326
© The Author(s) 2017
Reprints and permissions:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0021934717692520
journals.sagepub.com/home/jbs



## Derrick R. Brooms[1] and Arthur R. Davis[2]

## Abstract

This qualitative study investigated the collegiate experiences of 59 Black males at three different historically White institutions. Specifically, we explore how these students construct meaning from their collegiate experiences and their efforts for educational success. As Black males, they were confronted by a deficit perspective that often translated into lowered expectations of them across the college milieu—both academic and social—and posited them as outsiders on campus. In response, the students articulated two critical components of their college experience that positively shaped their persistence efforts: (a) peer-to-peer bonding and associations with other Black males and (b) mentoring from Black faculty members. Findings suggest that these social networks and micro-communities both enhance and support Black males' persistence in college.

## Keywords

Black males, higher education, peer associations, mentoring, persistence

[1]University of Louisville, KY, USA
[2]Lewis University, Romeoville, IL, USA

**Corresponding Author:**
Derrick R. Brooms, Associate Professor, Department of Sociology, University of Louisville, 118 Lutz Hall, Louisville, KY 40292, USA.
Email: dr.brooms@louisville.edu

**PLFS-443**

Examining the collegiate experiences of Black[1] males is an important area of research, especially in focusing on *how* they experience college and *what* they experience, both of which ultimately impact their persistence and success efforts. Although recruitment of Black male students has increased within higher education, their retention and graduation rates continue to be areas in need of improvement. There is now consistent data that reveal the plight of Black male performance in higher education. Nationally, the Black male graduation rate from 4-year institutions is 34% over a 6-year period (Kena et al., 2015). Much has been written in the past 30 years about the experiences of Black students at historically White institutions (HWIs). Researchers have noted that Black males face a number of challenges in their lives that impact their educational trajectory into higher education and hinder their academic successes. These challenges matter not only in retention efforts and graduation rates, but they also impact the various ways that Black males experience their time on campus. The current study was conceived through an antideficit framework, rather than solely focus on the problems Black males face—such as underrepresentation (Cuyjet, 2006; Strayhorn, 2010), race-related stressors and racial battles (Neville, Heppner, Ji, & Thye, 2004; Smith, Allen, & Danley, 2007), or academic and social isolation (Harper, 2009)—we focus on what can be learned from Black males who successfully matriculate(d) in college to graduation. Researchers have identified a number of factors that contribute to Black male students' success in higher education, such as family relationships and support (Palmer, Wood, Dancy, & Strayhorn, 2014), peer relationships (Brooms, 2016a; Bonner & Bailey, 2006; Harper, 2013), ethnic subcultures and social networks (Brooms 2016b, 2017; Grier-Reed & Wilson, 2016), and same-race faculty mentoring and role models (Griffin, 2012; Strayhorn, 2008).

To contribute to the extant literature, we examine qualitative interview data from 59 Black males from three different HWIs. The primary focus of the study centered on the students' reflections and meaning making of their race and gender on campus and the efforts they used in navigating and negotiating the college milieu. The two major research questions were as follows:

> **Research Question 1:** How does being Black *and* male matter to the students' college experiences?
> **Research Question 2:** What role do relationships play in the students' persistence efforts?

In particular, this project pays attention to how developing micro-communities on campus (through peer-to-peer bonding) and establishing mentoring

*Brooms and Davis*

relationships with faculty, even informally, impact students' persistence efforts and college experiences.

## Black Males and Higher Education

In the recent past, a significant number of studies have identified and chronicled the challenges that Black males face and endure in higher education, especially at HWIs (Cuyjet, 2006; Davis, 1999; Feagin, 1992; Fisher & Hartmann, 1995; Hall, 2001; Harper, 2009; Jenkins, 2006; Neville et al., 2004; Palmer et al., 2014; Smith et al., 2007; Strayhorn, 2016). These challenges have prompted some researchers to develop a growing body of research that focuses on Black males' strengths and assets (Brooms, 2014, 2016ab, 2017; Harper, 2009, 2013), ways to increase their access and retention (Cuyjet, 2006; Palmer et al., 2014), and salient factors that foster academic success (Palmer & Gasman, 2008; Strayhorn, 2008, 2016). One critical factor in the retention and success of African American students at HWIs is the individual's experience of the campus social environment.

Researchers continue to note how both race and gender create stressors for Black male students (Bridges, 2011; Mutua, 2006; Neville et al., 2004) and how it affects their social relations as well (Fisher & Hartmann, 1995; Jenkins, 2006; Smiley & Fakunle, 2016). For instance, Bridges (2011) noted that Black males face many sociocultural, academic, and negative stressors that impact their identity development and relationships. He argued that self-awareness and self-understanding are critical for Black males in college, especially those at HWIs. Bridges concluded that self-awareness includes an understanding of who one is with an understanding of the history of African Americans, both at the university and in the larger U.S. society. In theorizing Black masculinities, Mutua (2006) argued that Black men routinely face suspicion, which narrows their life opportunities because they are "oppressed because they are both Black and men; that is, Black men are oppressed by gendered racism" (p. 6). Similarly, in assessing the challenges of educating Black males within U.S. society, Jenkins (2006) argued that they often are treated with a "niggardly" regard, which positions them "at the lower rungs of society and their experiencing underachievement in all aspects of life" (p. 128). Also, Smiley and Fakunle (2016) focused on the synonymous conjecture of Blackness with criminality within the United States and argued that the negative imagery of Black males (e.g., "brute" and "thug") is used as justification by law enforcement agencies to frame them as "suspects" or "persons of interest." They found that media depictions of Black male victims "have remained compliant to White supremacist structures using body type, negative images (e.g., picture of victim in mug shot), previous criminal

convictions or charges, and allegations of criminal behaviors" (pp. 361-362). In addition, researchers also have identified racial profiling, overinvolvement in the criminal justice system, mass incarceration, poverty, and high rates of unemployment as factors that negatively impact the lives of Black men (e.g., see Alexander, 2010; Anderson, 2008; Smith et al., 2007). In addition, the public killings of individuals such as Trayvon Martin, Eric Gardner, Michael Brown, Tamir Rice, and scores of others serve as powerful testaments to these challenges as well.

Therefore, given the range of challenges that Black males face across various social institutions, providing space for the students to make connections and have meaningful interactions ultimately can enhance their collegiate experiences. Adjusting to the social and cultural environment is identified as central to Black students' success, especially at HWIs. According to the literature, success for many Black males hinges on a myriad of critical factors, such as peer group influence, family influence and support, faculty relationships, identity development and self-perception, and institutional environment (Bonner & Bailey, 2006; Brooms, 2016ab, 2017; Brooms, Goodman & Clark, 2015; Palmer et al., 2014). Previous research confirms that the quality of African American students' relationships with peers and faculty helps buffer them against negative experiences on campus, provides them with a critical support group, and contributes to their persistence efforts (Davis, 1999; Grier-Reed & Wilson, 2016; Harper, 2013; Strayhorn, 2008).

## Peer Associations

Social engagement among African American males at HWIs has proven to be a salient factor to degree attainment for Black male students (Bonner, 2003; Harper, 2006). For instance, Harper's (2006) findings indicate that peer-to-peer mentorship is one of the contributing factors to degree completion for African American college students. Similarly, Bonner's (2003) study echoes Harper's findings by elaborating on the importance of positive relationships with peers. In his case study of high-achieving Black men, Bonner found that regardless of institutional context, peer relationships provide a critical provision of support to Black males in college. In particular, he noted that the peer relationships of his participants were multifaceted, as peer networks can influence one's academic, social, emotional, and psychosocial perspective. Informally, strong peer networks allow students to share personal experiences and confidential information where they can negotiate social and emotional concerns. Thus, researchers contend that connections with African American male students that are successful can help students in navigating college, improving their academic performance, and persisting in college

**PLFS-446**

(Harper, 2013; Strayhorn, 2008). Academically, peer networks can enhance student's learning and performances in and out of class through academic support, study groups, accountability partners, and peer-to-peer mentoring or tutoring (Palmer et al., 2014). In addition, many of those positive relationships, which are formed in micro-communities, are spawned due to issues that arise from segregated HWIs or those with hostile campus climates.

Incidents of racism, isolation, and alienation at HWIs continue to be problematic for African American males (Cuyjet, 2006; Hall, 2001; Jaggers & Iverson, 2012). Oftentimes after being rejected by or experiencing hostility from their White counterparts, in and out of class, many Black males experience denigration and may choose to disengage from the predominantly White campus community. As a result of the segregated environment, many Black males seek comfort and academic support within their micro-communities (Brooms, 2017; Harper, 2009). Harper (2009) suggested that African American men, when presented with campus racism and isolation, develop meaningful and supportive relationships within their own subculture. The cultural similarities and feelings of acceptance, combined with practicing prove-them-wrong behavior, are constants in Black micro-communities. Black male collegians are able to navigate through the institution via the subculture despite the presence of many obstacles, such as alienation, isolation, stereotypes, campus social climate, and policing of Black male bodies on campus (Cuyjet, 2006; Smith et al., 2007; Strayhorn, 2008).

## Faculty Relationships and Mentoring

Existing research confirms the importance of the presence of African American faculty, particularly as this relates to the retention of African Americans attending HWIs (Dancy, 2011; Strayhorn, 2010). Meaningful interaction between African American faculty and students has proven to be invaluable in Black males' academic and social development and coping as well. In addition, successful mentoring programs have increased the retention and degree attainment of African American males (Brooms, 2016ab; Brooms et al., 2015; Cuyjet, 2006). In considering mentoring programs, Cuyjet (2006) asserted that mentoring programs designed to redress the issues of academic underpreparedness and fill the social voids of African American males at HWIs can prove to be extremely efficacious. The presence of more African American male faculty and staff members in those environments will significantly enrich the campus climate by providing a source of comfort for the students. It is important to note that these authors identified faculty training prior to participation in the program as critical to the success of formal mentorship programs. Formal mentoring programs enhance the overall experience for Black males

in college; however, the informal interactions with faculty members are equally important to the student's success. For instance, Bonner (2003) asserted, "Regardless of factors such as precollegiate preparedness or intellectual prowess, students at both ends of the academic continuum profit from meaningful liaisons with faculty" (p. 27). In addition, research reveals that some collegiate Black males feel empowered for self-discovery and identity development through their interactions and relationships with faculty (Brooms, 2014, 2016ab; Moore & Toliver, 2010; Palmer & Gasman, 2008).

The level of engagement in the classroom is typically enhanced by the presence of African American professors; however, African American males have relied on their interactions outside of the classroom, especially with African American professors, for their social adjustment. As an example, Dancy (2010) submitted that the construction of the informal faculty and student relationship influences Black males' academic, social, and personal development. Many African American faculty members' own collegiate experiences are often similar to those experienced by many African American students. As a result of those lived experiences, participating in informal mentoring activities remains essential for many Black faculty members (Guiffrida, 2005). Students have identified mentoring and professional development opportunities as important ventures to their experiences and learning—both cognitive and noncognitive (such as drive and determination). Several studies have identified faculty mentors and role models as institutional agents that provide critical sociocultural capital for Black males in college (Cuyjet, 2006; Dancy, 2010; Guiffrida, 2005; Moore & Toliver, 2010). Bringing together students and invested faculty members (and role models) creates a community that offers alternative images of what it means to be Black men, provides a safe place for self-expression, and contributes critical support for Black males' academic efforts (Brooms, 2016ab; Brooms et al., 2015; Strayhorn, 2008).

In summary, the above discussion highlights the interconnectedness of Black male students' educational experiences, racial and gender identities, and relationships on campus. To contribute empirical data to the literature on Black males' collegiate experiences, we examine qualitative interview data from 59 Black male college students. The students attended three different HWIs. The interview data focused on the education perceptions and experiences of Black men, with particular attention to how their race and gender matter on campus and affect their persistence efforts. The findings suggest that being supported on campus via peers and faculty alike allows Black men to develop a micro-community (or social network) on campus, which plays a critical role in how they experience college, especially as students at HWIs.

**PLFS-448**

*Brooms and Davis*

## Method

This study is part of a larger project in which the academic, social, and matriculation experiences of Black male college students are examined. The current study is based on 59 one-on-one interviews at three different institutions. The data presented here focus on the meanings students attribute to their race and gender identities and the role of relationships in their persistence efforts.

### *Institutions*

The participants included in this study are students at three HWIs. The first institution is a large, public university located in an urban city in a Southern state. The university enrolls just over 15,000 undergraduate students and Black students account for about 11% of the population. The second institution is a large, metropolitan research institution located in a Midwestern state. The school boasts an undergraduate enrollment of just over 15,000 students and Black students account for about 20% of the population. The third institution is a medium-sized, public university located in a rural city in a Midwestern state. There are about 10,000 undergraduate students and Black students account for about 15% of the population. Across each institution, Black males accounted for less than 40% of the Black undergraduate student population on campus. Given many similarities of how students experienced the campus climate across these institutions, we report our findings collectively.

### *Participants*

The students were recruited using a convenience sampling approach (Weiss, 1994). In this approach, we used our own familiarity with staff members at two institutions to help establish an entrée for inviting students to participate and used fraternal connections to recruit students from the third campus. The 59 Black males interviewed for this project represent a diverse collection of students at each classification level and include recent college graduates as well. The students represented a variety of majors—such as the social sciences (24), engineering (12), and political science (6) business administration (11), and criminal justice (6). The overwhelming majority of students (55 of 59) were from urban cities and were aged between 19 and 35 years at the time of the interview. Pseudonyms are used for all students to protect their confidentiality.

312    *Journal of Black Studies 48(3)*

## Data Procedures and Analysis

In the larger study, we used a phenomenological methodological approach (Creswell, 2013; Moustakas, 1994), where we collected stories of the participants to better understand their pathways to and through college. A major component of the study was to understand how Black males made meanings of their race and gender on campus and the factors that they attributed to their college matriculation. The primary source of evidence was one semistructured, in-depth interview with each participant that lasted between 45 and 150 minutes—nearly three quarters of the students participated in follow-up interviews as well. Participants were asked questions that explored their pre-college experiences, transition to college, and experiences on campus. We gave particular attention to their Black male identities and their persistence efforts. The interviews were conducted and transcribed by both authors in the days immediately following the interviews.

Both researchers read each transcript independently to identify essential excerpts highlighting students' critical college experiences. Data analysis occurred in several stages beginning with each researcher reading (and rereading) each interview transcript independently and followed by categorizing data based on emerging themes (Creswell, 2013). In preparing this manuscript, we gave particular attention to essential excerpts that highlighted students' critical college experiences and collective themes that emerged across the transcripts related to identity and persistence. The last major step in analyzing the data was conducting a detailed analysis and interpretation of the findings (Creswell, 2013). We used both inductive and deductive strategies to establish our coding structure and used the coding results to interpret the data. After reviewing the data through coding and themes, we organized the data into themes and subthemes. The authors discussed and rereviewed each theme and code for accuracy and saturation and then developed meaning units to highlight the participants' experiences and the meanings they ascribed to those experiences. Finally, we performed member checks by sharing the themes with students to ensure they were accurate representations of their experiences and recollections.

## Researchers' Positionality

The researchers are two Black males who both graduated from historically White colleges and graduate schools; thus, like the students whose narratives guide this research, we have specific concerns and interests in how Black male students experience and succeed in college. Both researchers were trained extensively in qualitative research methods and have worked with

**PLFS-450**

Black youth for more than 20 years. One researcher had an extensive history in working with youth in community relationships and capacity building. The lead researcher had substantial expertise in conducting qualitative research and participating in youth education and advocacy. Collectively, we believe our identities and experiences in education and youth-based programs, as well as serving as mentors and being engaged community members, helped create a bond between our participants and us. We understand how our positionalities are connected to aspects of our identities and how these may have been read and interpreted by our participants. And, at the same time, as researchers we understand that the positionality of our argument is an important aspect of the ways that we read and interpret our research participants and their narratives (see Milner, 2007; Parsons, 2008).

## Findings

Insights from interviews with the 59 Black males are offered in this section. Specifically, we present a detailed discussion of each of the three themes identified from this study: (a) Being Black and Male on Campus—comprised of student narratives about how their racialized *and* gendered identities matter on campus; (b) Peer-to-Peer Bonding—comprised of student reflections about the value and meaning of their peer relationships with other Black males; and (c) Black Faculty Mentoring—comprised of student narratives about how mentoring from Black faculty members, primarily Black males, mattered in their collegiate experiences. Throughout the findings, we use the students' own voices to illuminate their experiences, thoughts, and reflections.

### *Being Black and Male on Campus: "You're Not Expected to Achieve"*

A great majority of the students declared that Black students faced a range of challenges on campus. Although many initially described their institution as diverse, upon further investigation, they acknowledged a lack of opportunities for social integration. Overall, they described race relations on campus as separate and segregated. The divisions on campus were even more prominent for Black men. For instance, Bruce, a political science major, reflected on his thoughts about the campus climate and what Black males experience on campus; he noted:

> There's a different, there's a divide; I told you that a teacher didn't really expect much of him [a Black male classmate] and just expected him just to be there. Especially with this being a predominantly white campus, there were questions

about why are you trying to be in this organization or why aren't you trying to be more involved in this minority organization.

In his response, Bruce revealed that the milieu of the predominantly White campus confronts Black males with questions of both belonging and engagement. Although he held a leadership role in the student government association for 2 years, he still faced constant questions about his decisions to participate in such ventures. In fact, he noted that he endured inquiries as to why he did not get more involved in a "minority organization." The key communicated here is that Black students, and other Students of Color, should concentrate their efforts solely in ethnic organizations, thus inferring that Whiteness—a normative standard in the United States and across social institutions to which all People of Color are measured (see Delgado & Stefancic, 2012)—would prevail in the more traditional student organizations.

In addition, being Black males on campus challenged the students in a number of ways. Students discussed how they felt that they were over-policed on campus, around campus, and even in the classroom (see Palmer et al., 2014; Smith et al., 2007). For instance, Keith noted, "We were having this discussion about stereotypes and…about the descriptions. We looked at it and it could have been any of us; it felt like they made a description that could be any of us." As a result, a number of students made mention of how they were engaged constantly in monitoring how they presented themselves because of incidents they experienced or those experienced by peers, such as physical avoidance, dissonance with faculty and staff, racial stereotyping (e.g., being called "thug"), racial profiling (via students, staff, faculty, and administrators in both academic and social campus spaces), and fractured communication between themselves and White students and faculty. Thus, they had to be mindful of how they dressed, how they carried themselves, and even where they sat in the classroom for concern of how they may be perceived—either as a threat on and around campus or that they were not serious students if they did not sit in the front of class.

Several students spoke to Black males' own agency as a way to mitigate some of the challenges that they faced. Here, they believed that Black males could engage in particular types of behaviors to avoid being stereotyped and profiled. For instance, Theo, a communications major, asserted:

Honestly and truthfully, it's not a bad thing. I take that back. It's not a bad thing it depends on how you present yourself. If you present bad then that's how you're going to get treated. If you present yourself as thug . . . athlete . . . it really depends on how you present yourself. I'm not going to say that that's a great thing but it's not bad either. I'll say what my momma said, it's like being a Black man in America.

**PLFS-452**

*Brooms and Davis* 315

Initially, Theo contends that Black males could manage what they experienced on campus primarily based on how they presented themselves. Still, even in attempting to make this argument, he ended by considering how Black males are treated within wider society. A range of students also discussed the denigrations and deficits that Black males faced on campus. Bannon, a sociology major, shared:

> I feel like Black men already have a stigma attached to them coming in. You're not expected to achieve, you're not expected to do well. It's like you're just here to be here—like the athletes. The teachers know that many are here just to play sports and many athletes do just enough on grades to play. You have to go the extra mile to do anything. You have to talk to professors and tell them that you are here to succeed and I actually do care about my grades.

Similarly, Grant, a recent engineering major graduate, noted that being a Black male on campus was, "Hard! [laugh] You have to overcome hurdles that most people don't even . . . simple things like how to dress or when you can approach an ATM or what kind of posture you have can also really impact your day." According to a number of students, Blackmaleness—the combined impact of their racialized and gendered identities (Mutua, 2006)—is constantly present for Black men, regardless of their abilities or achievement levels. Several students shared and believed that Black males on campus were held to a different standard than their non-Black peers. The barrage of deficit perspectives hurled at Black males exemplifies the burdens that they face and also reveals how their presence on campus is in constant negotiation—even for those who are in a more privileged position such as student-athletes. The stereotypes and profiling of Black males serve as additional stressors that they must navigate on campus and oftentimes are translated into lowered expectations from others. The students' counternarratives are important as they problematize the ways that Black males are framed by deficits and offer a critique of the social and academic milieu of campus life.

Even if these students did not see themselves in the same manner as those viewed from deficit perspectives, based on the "Black Male Crisis" rhetoric in popular discourse (see Brown, 2011; Dumas, 2016), it is still a narrative they must contend with in their own identity development, academic engagement, and social realities. At times, how they present themselves may impact how they are perceived and treated—in both academic and social spaces. At other times, they are confronted by lowered expectations in the classroom and must exert additional efforts to show their academic seriousness. Even when they present themselves against these deficit narratives and frames, the narratives are still omnipresent in how they are engaged or not by non-Black peers as well as faculty and staff. As a result of these negative framings that

they face, Bishop, a social work major, succinctly describes the burdens of being Black *and* male on campus:

> WOW! [long pause] It is difficult. It is difficult if you allow it to be difficult. Black males are viewed very negatively at Taft University, especially young Black males . . . the general perception is that the 19-year-old is just there; [he] comes in the door with a deficit.

Many of the students believe that Black males are read by others constantly through a deficit-oriented lens. These deficits make navigating college and negotiating the collegiate milieu much more difficult. The challenges and difficulties that the students face make the relationships and bonding that they develop on campus even more important in their collegiate experiences.

### Peer-to-Peer Bonding: "We Had to Stick Together"

Existing literature confirms that African American students report feelings of isolation within the often-segregated environment of predominantly White institutions (Strayhorn, 2010). It is interesting to note that some of the participants in this study embraced the notion of separate but equal because of their ethnic and socioeconomic background. The participants did not completely integrate into the institution's dominant culture and remained in their sub-subculture as a means of coping with the stresses of feeling alienated and segregated. The participants combated those experiences by rejecting the dominant culture, within the university, and relied upon their sub-subculture for social and academic assistance. The following comment by Malcolm, a criminal justice major, illustrates this point:

> I stayed in the dorms, and had an opportunity to view the segregation every day. I noticed everyone wasn't being treated fairly or treated the same. We [African American students] would be cited in the dorms for minor infractions but they [Caucasian students] wouldn't. The school-sponsored activities were for them [Caucasian students]. So, I tended to stick with my own culture. It was as if the school didn't want us [African American students] to have anything on the yard. The Caucasian kids had a more carefree tone. It didn't seem like they had as many worries as an African American student at that school.

Malcolm experienced out of class segregation and alienation. The citing of African American students for minor infractions, in the dormitories, is eerily similar to the racial profiling that plague African American males across the nation (e.g., see Brooms & Perry, 2016). The institutional alienation of African American students was evident in the institution's lack of diversity in

**PLFS-454**

school-sponsored activities. The participants were able to overcome the feel-
ing of being alienated by bonding with their male counterparts. Anthony, an
information systems major, offered this statement as it relates to male
bonding:

> When the faculty or the staff couldn't help you or wasn't trying to help, you had
> to confide in somebody. We [African American students] had to stick together.
> The brothers that were upperclassmen showed you how to navigate the campus
> in and out of the classroom.

Anthony's sense of exclusivity and alienation was problematic. Anthony was
unable to connect to the university's culture, thereby limiting his access to
resources. However, Anthony was able to persist by becoming more immersed
in the sub-subculture. As Anthony and a number of other students shared,
their sense of belonging was enhanced as they developed deeper bonds with
other African American students on campus. Harper's (2012) study affirms
the importance of developing meaningful relationships with African
American peers and mentors as one of the salient factors to navigating a HWI
successfully inside and outside of the classroom. John, a communications
major, echoed Anthony's point:

> I really struggled with math. I got help from other Black people, like my buddy,
> Jason Malone. He was sharp. He was a finance major, and he would sit me
> down and work with me a lot on certain topics and certain formulas in math.

John received support and academic guidance from several members of his
Black peer group. He noted that "White tutors" furthered his sense of alien-
ation by being noncommittal to his success as he asserted, "The school tutors
didn't care if you knew the information or comprehended [it]." Nearly all of
the participants expressed experiencing some form of segregation or alien-
ation as they matriculated into the predominantly White institution. As a cop-
ing mechanism, the participants embraced the sense of comfort found through
communal engagement by forming a college within the college (or sub-sub-
culture) and relied upon other African American students for resources, sup-
port, and bonding.

Although a small number of students exclaimed that their collegiate expe-
riences would not have changed significantly without their peer associations,
the overwhelming majority of our participants asserted the value in bonding
and connecting with peers through fraternities and other male-centered pro-
gramming efforts. The students' responses were framed primarily around the
import of sociocultural capital that they garnered in their engagement and

**PLFS-455**

bonding. Yosso (2005) argued that Students of Color can activate various forms of cultural capital (e.g., social and navigational) as a means of self-empowerment and for persisting through college. Her Community Cultural Wealth model helps reposition students as holders and creators of knowledge and reveals their strengths and assets. In the current study, students identified the benefits of meeting key faculty and staff on campus, which bolstered their college experiences, in addition to the relationships that they developed with their Black male peer group and the opportunities afforded to them. For instance, Cameron noted:

> If I didn't have friends that I have, I'm not necessarily saying it would be different than it is today, but I probably wouldn't be as involved as I am today. I probably wouldn't have met as many people and I probably wouldn't know as many faculty as I know now.

By forming supportive relationships with Black male peers, which can promote purposefulness and persistence, the students developed and could depend on them as a critical source of social capital. For many of the Black male students in this study, they discerned that their bonding not only helped establish a micro-community on campus, but it also bolstered their involvement and engagement in student organizations as well (such as fraternities and Black Student Union). Connecting with peers impacted some of the students' persistence efforts as they noted that many of the peers that they developed relationships with had similar goals. Even in instances where the students saw and acknowledged the heterogeneity within their associations, they noted, "you still have your differences that you can learn from." They identified some of these peers as mentors and maintained that these friends provided them with critical support during their college years. In addition to their peers, many of the students found relationships with faculty members to be critical in their development and persistence.

## Black Faculty Mentoring: "They Made Sure I Stayed Focused on the Goal"

The maturation of African American males through the development of on-campus networks can be difficult. African American male students at HWIs generally have had limited access to African American faculty for support due to the small number of African American faculty (Sedlacek, Benjamin, Schlosser, & Sheu, 2007). Existing literature confirms the importance of African American faculty at HWIs as this relates to the retention of African American males (Moore & Toliver, 2010). There is an expressed need by

**PLFS-456**

*Brooms and Davis*

some Black male students on predominantly White campuses to see and connect with role models who are members of their own racial and ethnic group. The participants described their relationships with African American professors as being critical to their development in the classroom and outside of the classroom. A majority of the participants shared stories of receiving additional academic assistance from African American faculty members and asserte that African American faculty members' accessibility was invaluable. For instance, Malik, an administrative justice major, in discussing his relationships with African American faculty members, asserted, "I was raised by my mother so I needed that Black male role model. They made sure I stayed focused on the goal." In particular, he noted:

> They [Black Professors] understood and spoke at length about the issues with Blacks and law enforcement. They were very knowledgeable and easy to approach if you had any issues during class or on the campus. They put together a mentoring group for Black males and we would contact them if we had any problems.

Malik's experience mirrors that of a majority of the participants within this study. Within this statement, Malik describes two of the salient factors that are essential to academic success for African American male students. First, Malik suggested that he needed a strong African American male figure as a role model, which would not allow him to lose sight of his goal. Second, Malik received the guidance and support that he was searching for in and out of the classroom. Recent studies have echoed the need for African American faculty engagement and mentorship of African American male students attending HWIs (Guiffrida, 2005; Harper, 2012; Palmer et al., 2014).

The outside of the classroom interaction with African American faculty members was vital to the students' social maturation and development. It is important to note that the interactions between African American students and professors within the classroom can yield meaningful and positive results as well. Skyler, a business administration major, spoke at length about his interactions with Black faculty members in the classroom:

> They [Black Professors] are actually more strict and stern on the African American students as far as getting to class on time, appearance, and the work you turn in. They were tougher than the white teachers were because they really wanted you to succeed . . . They really pushed hard and were available for tutoring if I was having trouble and struggling with the subject matter.

Interestingly, Skyler's interactions with African American male professors occurred inside of the classroom. Skyler did not reference any out-of-class

interactions with any faculty members. This furthers the notion that spending even the most minuscule amount of time, compared with the percentage of time spent outside of the classroom, with an African American male professor can have a profound impact. Students' personal relationships with select Black faculty members provided them with a sense of comfort and support. The participants spoke with great admiration about African American professors, especially those with whom they developed connections and interpersonal relationships. These results are aligned with existing research, which confirms that African American faculty engagement and mentoring are critical to the matriculation of African American males (Guiffrida, 2005; Harper, 2012; Moore & Toliver, 2010). African American professors must embrace their roles as mentors and recognize that those encounters with African American students are meaningful and significantly enriches the campus climate and sense of belonging for these students.

## Discussion

The purpose of this study was to explore how Black males constructed meaning from their college experiences and efforts for educational success. Throughout the study, the students narrated experiences of alienation, racial hostility and animus on campus primarily due to their racialized and gendered identities in similar ways across all three institutions. As a result, the students leaned on their peer relationships with other Black males and saw mentoring from Black faculty as critical to their persistence efforts. For these men, bonding with their Black male peers provided them with a critical social support network that helped develop and reaffirm their micro-community on campus. Similarly, mentoring from Black faculty members enhanced the capital at the students' disposal, such that they not only could navigate and negotiate the campus more effectively but also so that they were better prepared for life after college.

The findings from this study have important implications for college personnel, researchers, and Black males in college. Importantly, we argue that institutions and institutional agents must do more to move beyond seeing and framing Black males as deficits within educational contexts (see Brown, 2011; Dumas, 2016; Noguera, 2008). For research and practice alike, more attention is needed that focuses on how Black males respond to, cope with, and craft strategies for alienating and hostile campuses in efforts to garner academic and personal success. In concert with previous research, we found that the campus milieu of the three HWIs in this study infringe upon Black males' sense of self and their academic and social well-being as well. For instance, the gendered racism, institutional racism, and racial battles that

**PLFS-458**

*Brooms and Davis*

Black males experience on campus, like those identified in this study, continue to present barriers to how they transition to, matriculate in, and navigate college (Jaggers & Iverson, 2012; Johnson-Ahorlu, 2013; Mutua, 2006; Smith et al., 2007). Thus, how Black males develop relationships on campus and how those relationships matter in their collegiate experience can be critical to their ability to persist.

A majority of the participants in the current study immediately experienced segregation, division, and hostility as they matriculated into their HWI. The participants spoke of being rejected by their White counterparts within the campus community and in their initial classes. In addition, they believed that Black males faced lowered academic expectations, their sense of belonging and engagement in on-campus activities were questioned, and they expressed a concern for the policing of Black males' bodies, presence, and positions on campus. As a result, many of the students did not pursue engagement with the majority population within many of their classes or through on-campus activities. The segregated environment forced the students in this study to form a micro-community within the college (or sub-subculture) as a means of coping with the existing alienation and denigration of their personhood. This finding connects well with research that shows the vital role that social networks play in helping Black students navigate campus (Grier-Reed & Wilson, 2016; Strayhorn, 2016). In particular, Grier-Reed and Wilson (2016) used a social network analysis and found that African American Student Network participants had higher levels of social integration into their university than those Black students who did not participate in the network. In addition, the network provided protective factors in retention and graduation, particularly same race and same gender connections. Similarly, Strayhorn (2016) identified the peer group as a critical factor that influences the persistence and success of Black male students in urban public universities. The students in the current study created their own micro-community on campus and relied upon other African Americans for academic support and bonding. Thus, the students' same race, same gender peer connections served as critical sources of social capital in offering support, guidance, and encouragement in navigating college.

Black faculty members play an important role in the educational experiences of Black males not only as teachers within the classroom setting but also as mentors, guides, and advisors to their academic efforts and personal development while in college. The strong bonds developed in student–faculty relationships can be significant in students' college satisfaction, retention, and persistence. Existing literature suggests that Black faculty members are aware of their needed participation in mentoring Black students (Bonner & Bailey, 2006; Griffin, 2012; Moore & Toliver, 2010; Sedlacek et al., 2007). In addition,

Moore and Toliver (2010) suggested that African American professors must embrace their roles as mentors, especially on predominantly White campuses. Similarly, Strayhorn (2016) asserted that, "Frequent and meaningfully supportive relationships with faculty and staff on campus at predominantly White institutions (PWIs) positively influenced Black males' satisfaction with their college experience" (p. 4). Oftentimes the educational experiences of the African American professor and student are similar or the schooling and professional experiences of faculty members can serve as potential road maps to help students navigate the college. In our study, we found that the level of students' in-class engagement was enhanced by the presence of African American professors. As suggested by the recent #BlackOnCampus campaign[2]—where Black students and their allies, across multiple colleges and universities, demanded that administrators assume accountability and address and change racial hostility on campus—students continue to desire increased diversity on college campuses in general and also call for increases in recruiting and retaining Black faculty members more specifically. As previous research has indicated, student–faculty relationships impact Black males' satisfaction in college (Strayhorn, 2008) and provide them with meaningful ways to better navigate the college campus (Bonner & Bailey, 2006; Davis, 1999). The sociocultural capital gained in these relationships can enhance how students experience college and positively contribute to their sense of belonging as well.

As findings from this study indicate, the peer group and student–faculty relationships are critical components for enhancing the educational experiences of Black males in college, especially those at HWIs. In addition, these relationships provide Black male students with vital sources of social and cultural capital. At HWIs, Black males face particular obstacles that may threaten their academic performance, social integration, and persistence. Black male peer groups can help buffer some of the hostilities and feelings of isolation and at the same time provide academic, social, and personal support. Also, the peer group can aid Black males' identity development and enhance their non-cognitive skills (such as drive and determination). Similarly, the mentoring afforded to students in student–faculty relationships can increase retention and college satisfaction as well. Both of these relationships, with the peer group and faculty alike, also contribute significantly to Black male students' sense of belonging and how they feel valued (Brooms, 2017; Harper, 2013; Palmer & Gasman, 2008; Palmer et al., 2014; Strayhorn, 2016). Findings from this study support some of the activities of male-centered institution-based programs such as Black Male Initiative programs or Student African American Brotherhood in developing a peer community on campus. In addition, how faculty (as well as administrators and staff) can contribute to Black males' college experiences cannot be understated. As

Yosso (2005) has shown clearly, developing and engaging in these communities provide opportunities for Students of Color, Black males in the current study, to tap into the community cultural wealth that can help enhance their college experiences and persistence. What is most critical in this research is enhancing the experiences of Black male students through ventures and relationships that provide academic and social support, guidance, and encouragement. Thus, identifying factors that help support and sustain Black male students' academic efforts can help them stay focused on and persist to the goal: graduation and personal development.

## Declaration of Conflicting Interests

The authors declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The authors received no financial support for the research, authorship, and/or publication of this article.

## Notes

1. We use the terms *Black* and *African American* interchangeably in this article to reference people of African descent throughout the Diaspora.
2. The #BlackOnCampus social media hashtag was launched in response to widespread media coverage of protests at the University of Missouri as a result of ongoing racism on campus. In addition, the social media campaign was instrumental in allowing students to share experiences of racism and hostility across multiple campuses (such as Seattle University, Virginia Commonwealth University, and Yale university), which ultimately lent support and momentum to the movement.

## References

Alexander, M. (2010). *The new Jim Crow: Mass incarceration in the age of colorblindness*. New York, NY: The New Press.

Anderson, E. (2008). *Against the wall: Poor, young, Black, and male*. Philadelphia: University of Pennsylvania Press.

Bonner, F. A. (2003). To be young, gifted, African American, and male. *Gifted Child Today*, *26*(2), 26-34.

Bonner, F. A., & Bailey, K. W. (2006). Enhancing the academic climate for African American college men. In M. J. Cuyjet (Ed.), *African American men in college* (pp. 24-46). San Francisco, CA: Jossey-Bass.

Bridges, E. M. (2011). Racial identity development and psychological coping strategies of undergraduate and graduate African American males. *Journal of African American Males in Education*, *2*, 151-167.

Brooms, D. R. (2014). Mapping pathways to affirmative identities among Black males: Instilling the value and importance of education in K-12 and college classrooms. *Journal of African American Males in Education*, *5*, 196-214.

Brooms, D. R. (2016a). "Building us up": Supporting Black male college students in a Black Male Initiative program. *Critical Sociology*. Advance online publication. doi: 10.1177/0896920516658940

Brooms, D. R. (2016b). Encouraging success for Black male collegians: Support, brotherhood and bonding on campus. *Issues in Race & Society: An International Global Journal*, *4*, 36-61.

Brooms, D. R. (2017). *Being Black, being male on campus: Understanding and confronting Black male collegiate experiences*. Albany, NY: State University of New York Press.

Brooms, D. R., & Perry, A. R. (2016). "It's simply because we're Black men": Black men's experiences and responses to the killing of Black men." *Journal of Men's Studies*, *24*, 166-184.

Brooms, D. R., Goodman, J., & Clark, J. (2015). "We need more of this": Engaging Black men on college campuses. *College Student Affairs Journal*, *33*, 105-123.

Brown, A. (2011). "Same old stories": The Black male in social science and educational literature, 1930s to the present. *Teachers College Record*, *113*, 2047-2079.

Creswell, J. W. (2013). *Qualitative inquiry and research design: Choosing among five approaches*. Thousand Oaks, CA: Sage.

Cuyjet, M. J. (2006). African-American college men: Twenty-first-century issues and concerns. In M. J. Cuyjet (Ed.), *African American men in college* (pp. 3-23). San Francisco, CA: Jossey-Bass.

Dancy, T. E. (2010). African American males, manhood, and college life: Learning from the intersections. *College Student Affairs Journal*, *29*, 17-32.

Dancy, T. E. (2011). Colleges in the making of manhood and masculinity: Gendered perspectives on African American males. *Gender & Education*, *23*, 477-495.

Davis, J. E. (1999). What does gender have to do with the experiences of African American college men? In V. C. Polite & J. E. Davis (Eds.), *African American males in school and society: Practices and policies for effective education* (pp. 134-148). New York, NY: Teachers College Press.

Delgado, R., & Stefancic, J. (2012). *Critical race theory: An introduction*. New York: New York University Press.

Dumas, M. (2016). My brother as "problem": Neoliberal governmentality and interventions for Black young men and boys. *Educational Policy*, *30*, 94-113.

Feagin, J. R. (1992). The continuing significance of race: Discrimination against Black students in white colleges. *Journal of Black Studies*, *22*, 546-578.

Fisher, B. J., & Hartmann, D. J. (1995). The impact of race on the social experience of college students at a predominantly White university. *Journal of Black Studies*, *26*, 117-133.

Grier-Reed, T., & Wilson, R. J. (2016). The African American student network: An exploration of Black students' ego networks at a predominantly white institution. *Journal of Black Psychology*, *42*, 374-386.

**PLFS-462**

*Brooms and Davis*

Griffin, K. A. (2012). Black professors managing mentorship: Implications of apply-
    ing social exchange frameworks to analyses of student interactions and their
    influence on scholarly productivity. *Teachers College Record*, *114*, 1-37.

Guiffrida, D. A. (2005). Othermothering as a framework for understanding African
    American students' definitions of student-centered faculty. *Journal of Higher
    Education*, *76*, 701-723.

Hall, R. E. (2001). The ball curve: Calculated racism and the stereotype of African
    American men. *Journal of Black Studies*, *32*, 104-119.

Harper, S. R. (2006). Peer support for African American male college achievement:
    Beyond internalized racism and the burden of acting white. *The Journal of Men's
    Studies*, *14*, 337-358.

Harper, S. R. (2009). Niggers no more: A critical race countenarrative on Black
    male student achievement at predominantly White colleges and universities.
    *International Journal of Qualitative Studies in Education*, *22*, 697-712.

Harper, S. R. (2012). *Black male student success in higher education: A report from
    the national Black male college achievement study*. Philadelphia: Center for the
    Study of Race and Equity in Education, University of Pennsylvania.

Harper, S. R. (2013). Am I my brother's teacher? Black undergraduates, racial social-
    ization, and peer pedagogies in predominantly white postsecondary contexts.
    *Review of Research in Higher Education*, *37*, 183-211.

Jaggers, D., & Iverson, S. V. (2012). "Are you as hard as 50 Cent?" Negotiating race
    and masculinity in the residence halls. *Journal of College and University Student
    Housing*, *39*, 186-199.

Jenkins, T. S. (2006). Mr. Nigger: The challenges of educating Black males within
    American society. *Journal of Black Studies*, *37*, 127-155.

Johnson-Ahorlu, R. N. (2013). "Our biggest challenge is stereotypes": Understanding
    stereotype threat and the academic experiences of African American undergradu-
    ates. *The Journal of Negro Education*, *82*, 382-392.

Kena, G., Musu-Gillette, L., Robinson, J., Wang, X., Rathbun, A., Zhang, J., . . .
    Dunlop Velez, E. (2015). *The condition of education 2015* (NCES 2015-144).
    Washington, DC: National Center for Education Statistics, U.S. Department of
    Education. Retrieved from http://nces.ed.gov/pubsearch

Milner, H. R. (2007). Race, culture, and researcher positionality: Working through
    dangers, seen, unseen and unforeseen. *Educational Researcher*, *36*, 388-400.

Moore, P. J., & Toliver, S. D. (2010). Intraracial dynamics of Black professors' and
    Black students' communication in traditionally White colleges and universities.
    *Journal of Black Studies*, *40*, 932-945.

Moustakas, C. (1994). *Phenomenological research methods*. Thousand Oaks, CA: Sage.

Mutua, A. (2006). *Progressive Black masculinities*. New York, NY: Routledge.

Neville, H. A., Heppner, P. P., Ji, P., & Thye, R. (2004). The relations among general
    and race-related stressors and psychoeducational adjustment in Black students
    attending predominantly white institutions. *Journal of Black Studies*, *34*, 599-618.

Noguera, P. A. (2008). *The trouble with Black boys: . . . And other reflections on race,
    equity, and the future of public education*. San Francisco, CA: Jossey-Bass.

Palmer, R. T., & Gasman, M. (2008). "It takes a village to raise a child": The role of social capital in promoting academic success of African American men at a Black college. *Journal of College Student Development*, *49*, 52-70.

Palmer, R. T., Wood, J. L., Dancy, T. E., II, & Strayhorn, T. L. (2014). *Black male collegians: Increasing access, retention, and persistence in higher education* (ASHE Higher Education Report). Hoboken, NJ: John Wiley.

Parsons, E. (2008). Positionality of African Americans and a theoretical accommodation of it: Rethinking science education research. *Science Education*, *92*, 1127-1144.

Sedlacek, W. E., Benjamin, E., Schlosser, L. Z., & Sheu, H. B. (2007). Mentoring in academia: Considerations for diverse populations. In T. D. Allen & L. T. Eby (Eds.), *The Blackwell handbook of mentoring: A multiple perspectives approach* (pp. 259-280). Malden, MA: Blackwell.

Smiley, C., & Fakunle, D. (2016). From "brute" to "thug:" The demonization and criminalization of unarmed Black male victims in America. *Journal of Human Behavior in the Social Environment*, *26*, 350-366.

Smith, W. A., Allen, W. R., & Danley, L. L. (2007). "Assume the position . . . You fit the description": Psychosocial experiences and racial battle fatigue among African American male college students. *American Behavioral Scientist*, *51*, 551-578.

Strayhorn, T. L. (2008). The role of supportive relationships in facilitating African American males' success in college. *NASPA Journal*, *45*, 26-48.

Strayhorn, T. L. (2010). When race and gender collide: Social and cultural capital's influence on the academic achievement of African American and Latino males. *The Review of Higher Education*, *33*, 307-332.

Strayhorn, T. L. (2016). Factors that influence the persistence and success of Black men in urban public universities. *Urban Education*. Advance online publication. doi:10.1177/0042085915623347

Weiss, R. S. (1994). *Learning from strangers: The art and method of qualitative interview studies*. New York, NY: Free Press.

Yosso, T. J. (2005). Whose culture has capital? A critical race theory discussion of community cultural wealth. *Race, Ethnicity and Education*, *8*, 69-91.

## Author Biographies

**Derrick R. Brooms** (PhD, Loyola University Chicago) is a faculty in sociology at the University of Louisville and serves as a youth worker as well. He specializes in the sociology of African Americans, particularly Black males, with research and activism that focuses on educational equity, race and racism, diversity and inequality, and identity. His education research focues on Black male schooling experiences in both secondary and post-secondary institutions, with particular focus on school culture, engagement, resilience, identity, and sense of self.

**Arthur R. Davis** (EdD, Benedictine Univeristy) is an adjunct faculty member in the Justice, Law, and Public Safeties Department at Lewis University. His research examines race in American higher education and the influence of institutional diversity policies, campus integration, and student engagement. His recent work explores the impact of diversity, in policing, on the treatment of African Americans in African American communities.

**PLFS-464**