# EXHIBIT 37

PLFS-496


PART OF STATES NEWSROOM

EDUCATION   POLITICS & GOV

# Ohio State University is closing its Office of Diversity and Inclusion

BY: **MEGAN HENRY** - MARCH 3, 2025    4:55 AM



On the campus of The Ohio State University in Columbus, Ohio. (Photo by Graham Stokes for the Ohio Capital Journal. Republish photo only with original story.)

Ohio State University is closing their Office of Diversity and Inclusion and the Office of Student Life's Center for Belonging and Social Change.

Ohio State President Ted Carter announced the changes during Thursday's University Senate meeting. Friday is the deadline for schools to comply with the U.S. Department of Education's Dear Colleague letter that threatened to rescind federal funds for schools that use race-conscious practices in admissions, programming, training, hiring, scholarships, and other aspects of student life.

"The federal government has signaled its intent to enforce guidance invalidating the use of race in a broad range of educational activities, including by withdrawing federal dollars that are so important to our student, academic and operational success," Carter said in a university statement. "The Attorney General of Ohio – our statutory counsel – has advised us that his office concurs with the federal government's position regarding the use of race in educational activities."

PLFS-497

GET THE MORNING HEADLINES.    SUBSCRIBE

Some of the services offered by the offices will transition between the Office of Academic Affairs and the Office of Student Life.

"We are announcing initial changes in order to maintain programs that support all students and remove barriers to their success," Carter said. "Our goal is to ensure that Ohio State continues to be a place where all are welcomed and treated with respect, while also following the letter and spirit of the laws and regulations that govern us."

Sixteen professional staff positions will be eliminated and student employees affected by these closures will be offered other jobs at the university, university spokesperson Ben Johnson said.

"No employee will lose their job for at least 60 days, and we will follow our standard practice of working with individuals to find other opportunities at Ohio State where possible," Johnson said in an email.



Ohio State University students made signs to protest closing the Office of Diversity and Inclusion and the Office of Student Life's Center for Belonging and Social Change at the Hale Black Cultural Center on Feb. 28, 2025. (Photo provided by the Ohio Student Association).

Carter acknowledged both offices have done important work for Ohio State over the years. Ohio State's Office of Diversity and Inclusion was founded in 1970.

"I know these decisions will be disappointing for many in our community, particularly as we navigate an already uncertain and challenging period," Carter said in a statement. "We may not know all the answers, but I have heard your concerns, I understand the varied emotions many on our campus are feeling."

PLFS-498

Scholarships administered through the Office of Academic Affairs, such as the Morrill Scholarship Program and the Young Scholars Program, will continue. However, their eligibility criteria could be modified, according to the university.

"These changes will not reduce current student scholarships, financial aid or student employment," Carter said. "Every current student who has earned an award will retain their scholarship."

The Office of Institutional Equity will be renamed the Office of Civil Rights Compliance "to more accurately reflect its work" and report to the Office of University Compliance and Integrity, the university said.

"The Office of Civil Rights Compliance will continue to serve as a university-wide resource for receiving, investigating and resolving all reports of discrimination, harassment and sexual misconduct," the university said.

The Ohio Student Association was disappointed with Ohio State's actions.

"It is incredibly disheartening to see that Ohio's public universities refuse to stand up for their students," OSA said in a statement. "Students suffer when our universities cower to the threat of extremist policies."

*Follow Capital Journal Reporter Megan Henry on Bluesky.*

> 
> 
> **SUPPORT**

---

  **REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*

---

**MEGAN HENRY**  

Megan Henry is a reporter for the Ohio Capital Journal and has spent the past five years reporting in Ohio on various topics including education, healthcare, business and crime. She previously worked at The Columbus Dispatch, part of the USA Today Network.

Ohio Capital Journal is part of States Newsroom, the nation's largest state focused nonprofit news organization

**MORE FROM AUTHOR**

Scholarships administered through the Office of Academic Affairs, such as the Morrill Scholarship Program and the Young Scholars Program, will continue. However, their eligibility criteria could be modified, according to the university.

"These changes will not reduce current student scholarships, financial aid or student employment," Carter said. "Every current student who has earned an award will retain their scholarship."

The Office of Institutional Equity will be renamed the Office of Civil Rights Compliance "to more accurately reflect its work" and report to the Office of University Compliance and Integrity, the university said.

"The Office of Civil Rights Compliance will continue to serve as a university-wide resource for receiving, investigating and resolving all reports of discrimination, harassment and sexual misconduct," the university said.

The Ohio Student Association was disappointed with Ohio State's actions.

"It is incredibly disheartening to see that Ohio's public universities refuse to stand up for their students," OSA said in a statement. "Students suffer when our universities cower to the threat of extremist policies."

*Follow Capital Journal Reporter Megan Henry on Bluesky.*



**YOU MAKE OUR WORK POSSIBLE.**

**SUPPORT**

---

REPUBLISH

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*

---



**MEGAN HENRY**  

Megan Henry is a reporter for the Ohio Capital Journal and has spent the past five years reporting in Ohio on various topics including education, healthcare, business and crime. She previously worked at The Columbus Dispatch, part of the USA Today Network.

Ohio Capital Journal is part of States Newsroom, the nation's largest state  focused nonprofit news organization

**MORE FROM AUTHOR**

**PLFS-499**

Scholarships administered through the Office of Academic Affairs, such as the Morrill Scholarship Program and the Young Scholars Program, will continue. However, their eligibility criteria could be modified, according to the university.

"These changes will not reduce current student scholarships, financial aid or student employment," Carter said. "Every current student who has earned an award will retain their scholarship."

The Office of Institutional Equity will be renamed the Office of Civil Rights Compliance "to more accurately reflect its work" and report to the Office of University Compliance and Integrity, the university said.

"The Office of Civil Rights Compliance will continue to serve as a university-wide resource for receiving, investigating and resolving all reports of discrimination, harassment and sexual misconduct," the university said.

The Ohio Student Association was disappointed with Ohio State's actions.

"It is incredibly disheartening to see that Ohio's public universities refuse to stand up for their students," OSA said in a statement. "Students suffer when our universities cower to the threat of extremist policies."

*Follow Capital Journal Reporter Megan Henry on Bluesky.*



**YOU MAKE OUR WORK POSSIBLE.**

**SUPPORT**

---

**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*

---



**MEGAN HENRY**  

Megan Henry is a reporter for the Ohio Capital Journal and has spent the past five years reporting in Ohio on various topics including education, healthcare, business and crime. She previously worked at The Columbus Dispatch, part of the USA Today Network.

Ohio Capital Journal is part of States Newsroom, the nation's largest state  focused nonprofit news organization

**MORE FROM AUTHOR**