IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

# ORDER

The Court, having considered Plaintiffs' Motion for an Enlargement of Pages for Plaintiffs' Memorandum In Support Of Motion For Preliminary Injunction, it is hereby,

ORDERED, that Plaintiffs are permitted to file a memorandum in support of their motion for a preliminary injunction that does not exceed forty (40) pages in total (exclusive of cover pages, tables of contents, tables of authorities, signature blocks, exhibits, and certificates).

SO ORDERED this 1 day of April 2025.

_____
UNITED STATES DISTRICT JUDGE