IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, the accompanying memorandum, any related responses and replies filed, and the imminent irreparable harm to Plaintiffs alleged therein, it is hereby ORDERED that the motion for a preliminary injunction is GRANTED as follows:

ORDERED that Defendants and their officers, agents, servants, employees, attorneys (whether employed by the Department of Education or the Department of Justice); and other persons who are in active concert or participation with any of them (collectively, the "Enjoined Parties"), shall hold in abeyance the deadline for state education agencies and local education agencies to respond to the *Reminder of Legal Obligations Undertaken In Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and SFFA v. Harvard,* dated April 3, 2025 (the "Certification"); it is further

ORDERED that Enjoined Parties shall take no steps to initiate, against any educational institution or agency: any investigations under the authority of; any assessment of compliance under the authority of; or, pause, freeze, impede, block, cancel, or terminate any federal awards, contracts, or obligations on the basis of the Certification, either signed or unsigned; it is further

ORDERED that Enjoined Parties are enjoined from implementing, giving effect to, or reinstating the Certification under a different name; it is further

ORDERED that any signed Certifications are null and void until further order of the Court; it is further

ORDERED that Enjoined Parties notify all state education agencies of the preliminary injunction as soon as is possible and prior to April 24, 2025;

This order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

_____, 2025 at \_\_\_

_____
THE HON. STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

SO ORDERED this \_\_\_ day of April, 2025.