IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00628 |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF CERTIFICATION**

| EX. | EXHIBIT DESCRIPTION | BATES NUMBER |
|---|---|---|
| 38 | District 4J Certification Declaration | PLFS-500 – PLFS-531 |
| 39 | AFT Certification Declaration | PLFS-532 – PLFS-548 |
| 40 | Gitomer Declaration | PLFS-549 – PLFS-551 |
| 41 | Press Release, ED Requires K-12 School Districts to Certify Compliance with Title VI and Students v. Harvard as a Condition of Receiving Federal Financial Assistance | PLFS-552 – PLFS-556 |
| 42 | E-mail from Off. of C.R., Department of Education Title VI Compliance Certification | PLFS-557 – PLFS-558 |
| 43 | April 3, 2025 Certification of Compliance Request from OCR | PLFS-559 – PLFS-563 |
| 44 | Supporting Statement for a Paperwork Reduction Act Submission, OMB No. 1870-0503 | PLFS-564 – PLFS-573 |
| 45 | Assurance of Compliance – Civil Rights Form, OMB Approval No. 1870-0503 | PLFS-574 – PLFS-575 |