# EXHIBIT 40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

American Federation of Teachers, *et al.*,

Plaintiffs,

v.

United States Department of Education, *et al.*,

Defendants.

Civil Action No. 1:25-cv-00628

### DECLARATION OF MADELINE H. GITOMER

I, Madeline H. Gitomer, state and declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction of Certification.

2. A true and correct copy of the Department of Education's Press Release titled, *ED Requires K-12 School Districts to Certify Compliance with Title VI and Students v. Harvard as a Condition of Receiving Federal Financial Assistance*, dated April 3, 2025, is attached hereto as **Exhibit 41**.

3. A true and correct copy of the Department of Education Office of Civil Rights email titled, *E-mail from Off. of C.R., Department of Education Title VI Compliance Certification*, dated April 3, 2025, is attached hereto as **Exhibit 42**.

4. A true and correct copy of the Department of Education Office of Civil Rights Request of Certification of Compliance titled, *April 3, 2025 Certification of Compliance*

*Request from OCR,* dated April 3, 2025, is attached hereto as **Exhibit 43**.

5. A true and correct copy of a Supporting Statement for Paperwork Reduction Act Submission titled, *Supporting Statement for a Paperwork Reduction Act Submission, OMB No. 1870-0503*, is attached hereto as **Exhibit 44**.

6. A true and correct copy of an Assurance of Compliance Civil Rights Form titled, *Assurance of Compliance – Civil Rights Form, OMB Approval No. 1870-0503*, is attached hereto as **Exhibit 45**.

Washington, D.C.

April, 9, 2025

                                                                 Madeline H. Gitomer