IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **American Federation of Teachers**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education**, *et al.*,<br><br>Defendants. | Civil No. 1:25-cv-00628-SAG |

**JOINT STATUS REPORT REGARDING BRIEFING SCHEDULE**

Pursuant to the Court's April 9, 2025, request, the parties have met and conferred regarding a briefing schedule for the Preliminary Injunction Motions hearing set for 10:00 a.m. on April 18, 2025.

The parties will be prepared to address both motions for preliminary injunction on April 18, and jointly propose the following consolidated briefing schedule:

<u>Defendants' Consolidated Opposition</u> due Monday, April 14, 2025, by 12:00 p.m.

<u>Plaintiffs' Consolidated Reply</u> due Thursday, April 17, 2025, by 12:00 p.m.

Dated: April 10, 2025                                       Respectfully submitted,

                                                                                                /s/
Madeline H. Gitomer (Bar No. 31518)
Brooke Menschel (Bar No. 31492)
Kali Schellenberg*
Victoria S. Nugent (Bar No. 15039)
Rachel F. Homer (Bar No. 31490)
Andrew Bookbinder (Bar No. 31486)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org
kschellenberg@democracyforward.org
vnugent@democracyforward.org
rhomer@democracyforward.org
abookbinder@democracyforward.org

*Counsel for Plaintiffs*
\* Admitted *Pro hac vice*

Kelly O. Hayes
United States Attorney

By:              /s/
Ariana Wright Arnold
DMD Bar No. 23000
Charles R. Gayle
DMD Bar No. 14706
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Ariana.Arnold@usdoj.gov
(410) 209-4813 (direct)
charles.gayle@usdoj.gov
(410) 209-4845 (direct)

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 10th day of April 2025

/s/ _____
Madeline H. Gitomer (Bar No. 31518)
*Counsel for Plaintiffs*