# EXHIBIT 47

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| **American Federation of Teachers,** *et al.,* | |
| Plaintiffs, | |
| **v.** | |
| **U.S. Department of Education,** *et al.,* | Civil Case No. 1:25-cv-00628 |
| Defendants. | |

### DECLARATION OF LAKEISHA STEELE

I, Lakeisha Steele, MPA, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am the Vice President of Policy for the Collaborative for Academic, Social, and Emotional Learning (CASEL) and an education policy expert. I make this declaration based on my professional expertise in the field of social and emotional learning, as well as CASEL's recognized leadership in this area.

2.  CASEL is a nonprofit, nonpartisan organization founded in 1994 to support the academic, social, and emotional development of all students. We are recognized as the nation's leading authority on social and emotional learning and support research, implementation, and policy that advances evidence-based social and emotional learning as an integral part of preK-12th grade education.

3.  Our work includes collaboration with educators, school districts, state education agencies, researchers, and policy leaders across the nation. Through initiatives like our Community Network Partners, Collaborating States Initiative, Weissberg Scholars, the *Social and Emotional Learning: Research, Practice, and Policy* journal, and the Research

1

Advisory Council, we support the implementation of evidence-based practices, while sharing and translating research into practical insights for schools and policy leaders.

## What is Social and Emotional Learning?

4. Grounded in extensive research,[1] social and emotional learning helps students develop the skills to identify and manage emotions, form healthy relationships, exhibit self-discipline and self-motivation, and resolve conflicts constructively—essential tools necessary to succeed in school and life. In schools, social and emotional learning may include dedicated time set aside to learn important life skills like goal-setting, communication skills, and perspective-taking, as well as opportunities to build positive relationships and collaborate during academic subjects. Through social and emotional learning, teachers, school staff, parents, and other adults work together to make sure the classroom and school environment support student learning.

5. Social and emotional learning focuses on teaching five core competencies: self-awareness, self-management, social awareness, relationship skills, and responsible decision-making. These competencies support academic success, goal achievement, and career readiness, making social and emotional learning valuable for personal and professional growth. Employers increasingly seek employees with strong social and emotional competencies, such as communication, collaboration, problem-solving, and effective decision-making.[2]

6. Social and emotional learning does not promote any specific ideology, religion, or set of values. Instead, social and emotional learning emphasizes universal skills and qualities—such as perspective-taking, cooperation, and respect—that are essential for creating engaging and productive classrooms and communities. Social and emotional learning also helps young people and adults to better understand and express their views, listen to and understand the perspectives of others who have different viewpoints and experiences, and talk through disagreements and conflict. These are skills that prepare students to navigate a diverse world and to appreciate different perspectives. To align with local

---

[1] Mark T. Greenberg, *Evidence for Social and Emotional Learning in Schools* (Learning Policy Institute, March 6, 2023), https://learningpolicyinstitute.org/product/evidence-social-emotional-learning-schools-report.
[2] Dan Brodnitz, *The Most In-Demand Skills of 2024*, LinkedIn (Feb. 8, 2024), https://www.linkedin.com/business/talent/blog/talent-strategy/linkedin-most-in-demand-hard-and-soft-skills.

curricular decision-making, CASEL's framework is intentionally flexible, encouraging local schools and districts to tailor social and emotional learning to their community values, priorities, and goals.

### Impact of Social And Emotional Learning on Educational Outcomes Across Student Populations

7. Social and emotional learning enhances academic success by helping students focus and stay motivated, creating more engaging and productive classrooms. Research shows social and emotional learning contributes significantly to academic performance and readiness. A 2023 review of hundreds of studies involving more than 1 million students worldwide across PreK-12 showed that social and emotional learning has a positive impact on students' achievement,[3] and a 2017 study found that students who participated in social and emotional learning showed an average academic gain of 13 percentile points years later. Students participating in social and emotional learning programs also showed improved classroom behavior and better attitudes about themselves, others, and school.[4]

8. Social and emotional learning helps develop skills necessary for academic success, such as demonstrating curiosity, managing stress, and persevering through challenging content. Brain science supports this connection, as social, emotional, and cognitive skills are deeply intertwined, leading to more effective learning and longer-term academic achievement.[5] Based on this science, many schools integrate social and emotional learning directly into existing lessons, finding that it supports learning in subjects like math, science, language arts, and social studies.

9. Research further demonstrates that social and emotional learning creates better conditions for learning, as it found students saw decreases in aggression and bullying, anxiety,

---

[3] Joseph A. Durlak, Jennifer L. Mahoney & Alison E. Boyle, *What We Know, and What We Need to Find Out About Universal, School-Based Social and Emotional Learning Programs for Children and Adolescents: A Review of Meta-Analyses and Directions for Future Research*, 148 Psychol. Bull. 765 (2022), https://doi.org/10.1037/bul0000383.

[4] Rebecca D. Taylor, Eva Oberle, Joseph A. Durlak, and Roger P. Weissberg, "Promoting Positive Youth Development Through School-Based Social and Emotional Learning Interventions: A Meta-Analysis of Follow-Up Effects," *Child Development* 88, no. 4 (July 2017): 1156–1171, https://doi.org/10.1111/cdev.12864.

[5] Mary Helen Immordino-Yang, Linda Darling-Hammond, and Christina Krone, *The Brain Basis for Integrated Social, Emotional, and Academic Development: How Emotions and Social Relationships Drive Learning* (Aspen Institute, 2018), https://www.aspeninstitute.org/wp-content/uploads/2018/09/Aspen_research_FINAL_web.pdf.

stress, depression, and suicidality; felt safer at schools; and reported higher levels of inclusion, connectedness and healthy relationships.[6]

10. Additionally, high-quality social and emotional learning programming has also been found to have a positive impact on teachers and other staff, reducing teacher stress and burnout and in turn creating more positive engagement with students.[7]

11. In addition to what research demonstrates, large majorities of parents and teachers across the nation consistently say that social and emotional learning is essential in schools. For example, 88 percent of parents want their students to learn social and emotional skills such as respect, cooperation, perseverance, and empathy, according to 2022 polling by the National PTA.[8] Additionally, teachers who instruct their students in social and emotional learning are more likely to report that their schools have a positive school climate and that students are interested in learning, according to research by RAND and CASEL.[9]

12. The evidence of effectiveness, along with strong demand from parents and teachers, has been met with broad adoption of social and emotional learning in schools, districts, and states nationwide. As of the 2023–2024 school year, 83 percent of school principals reported that their schools implemented a social and emotional learning curriculum, up from just 46 percent in 2017–2018.[10]

13. Research demonstrates that these investments are cost-effective and offer a high return in benefits. For example, according to a 2023 review of 12 large meta-analyses involving 812 studies that evaluated the impact of social and emotional learning programs across an estimated more than 1 million students, numerous programs meet the highest tiers of evidence (Tier I or II criteria) under the Every Student Succeeds Act (ESSA) through

---

[6] Christina Cipriano et al., "The State of Evidence for Social and Emotional Learning: A Contemporary Meta-Analysis of Universal School-Based SEL Interventions," *Child Development* 94, no. 5 (2023): 1181–1204, https://doi.org/10.1111/cdev.13968.

[7] Marc A. Brackett et al., Emotion-Regulation Ability, Burnout, and Job Satisfaction Among British Secondary-School Teachers, 47 Psychology in the Schools 406, 417 (2010), https://doi.org/10.1002/pits.20478.

[8] National PTA, New National Survey Shows Parents More Comfortable About COVID-19 Risks and Student Well-Being in Schools (June 17, 2022), https://www.pta.org/home/About-National-Parent-Teacher-Association/PTA-Newsroom/news-list/news-detail-page/2022/06/17/new-national-survey-shows-parents-more-comfortable-about-covid-19-risks-and-student-well-being-in-schools.

[9] Alexandra Skoog-Hoffman et al., *Social and Emotional Learning in U.S. Schools: Findings from CASEL's Nationwide Policy Scan and the American Teacher Panel and American School Leader Panel Surveys* (RAND Corporation, 2024), https://www.rand.org/pubs/research_reports/RRA1822-2.html.

[10] Ibid.

"strong randomized or quasi-experimental designs that are sufficiently rigorous to suggest causal effects rather than merely correlational outcomes." The review concludes that "high-quality, evidence-based social and emotional learning programs, delivered through PreK-12 schools to all children, are a low-cost educational intervention that can create substantial returns on investment and that meet research criteria for demonstrating causal impacts."[11] Additionally, a separate analysis of six evidence-based programs has estimated an $11 return for every dollar invested in social and emotional learning.[12]

## History of Congressional Support for Social and Emotional Learning

14. Over the past decade, Congress has recognized the importance of social and emotional learning for student success and positive school climate in bipartisan legislation and through consistent support in annual appropriations bills. With the passage of the bipartisan Every Student Succeeds Act (ESSA) in 2015, which reauthorized the Elementary and Secondary Education Act, Congress provided states and districts with the flexibility to support students' social and emotional learning by improving school conditions for student learning, supporting well-rounded education and school safety, and measuring school quality and student success, among other provisions. States and districts are permitted under the law to leverage ESSA funds to support students' social and emotional learning.

15. To date, 31 states and the District of Columbia's ESSA plans address students' social and emotional needs and development[13] – through their goals (e.g., Illinois[14]), connection to multi-tiered systems of support (e.g., Kansas[15] and Mississippi[16]), and reporting on social

---

[11] Mark T. Greenberg, *Evidence for Social and Emotional Learning in Schools* (Learning Policy Institute, March 6, 2023), https://learningpolicyinstitute.org/product/evidence-social-emotional-learning-schools-report.

[12] Clive Belfield et al., The Economic Value of Social and Emotional Learning, 6 Journal of Benefit-Cost Analysis 508, 544 (Mar. 2015), https://doi.org/10.1017/bca.2015.55.

[13] Alexandra Skoog-Hoffman et al., *Social and Emotional Learning in U.S. Schools: Findings from CASEL's Nationwide Policy Scan and the American Teacher Panel and American School Leader Panel Surveys* (RAND Corporation, 2024), https://www.rand.org/pubs/research_reports/RRA1822-2.html.

[14] Illinois State Board of Education. (2023). *Illinois State Board of Education State Template for the Consolidated State Plan Under the Every Student Succeeds Act.* https://www.isbe.net/Documents/Approved-Illinois-State-Plan-2023.pdf.

[15] Kansas State Department of Education. (2024). *Revised State Template for the Consolidated State Plan.* https://www.ksde.gov/Portals/0/ECSETS/ESEA/KSconsolidatedstateplan01182018_Approved.pdf.

[16] Mississippi Department of Education. (2023). *Mississippi Consolidated Stan Plan.* https://www.ed.gov/sites/ed/files/2024/04/MS-2024-State-Plan.pdf.

and emotional learning-related school quality of student success indicators (e.g., South Carolina, West Virginia, and Oregon), such as chronic absenteeism, school climate surveys, and suspension rates.[17]

16. Congress has also recognized the value of supporting the social and emotional needs of all children, including in the passage of the 21st Century Cures Act of 2016, the SUPPORT Act of 2018, the American Rescue Plan Act of 2021, the Bipartisan Safer Communities Act of 2022, the National Defense Authorization Act of 2025, and through the creation of the Social and Emotional Learning and Whole Child Initiative in 2019 (and continuation of it in subsequent annual appropriations bills).

17. For the past five fiscal years, bipartisan annual federal appropriations legislation has included joint explanatory language from Congress directing support for social and emotional learning in federal grant programs administered by the U.S. Department of Education and the U.S. Health and Human Services. Congress also expressed concern with long-term impacts of the social and emotional development of children due to the COVID-19 pandemic in the fiscal year 2024 annual appropriations bill.

18. Further, social and emotional learning is an allowable use of funds in bedrock K-12 legislation passed by Congress, the Individuals with Disabilities Act, and ESSA, as mentioned above.

## Support for Social and Emotional Learning in the U.S. Department of Education's Office of Civil Rights (OCR) During President Trump's First Term

19. Social and emotional learning has been routinely identified as a *remedy* in civil rights investigations, dating back to at least 2012, and including during the first Trump administration. Prior OCR consent agreements recognize the existence or absence of social and emotional learning as significant in civil rights investigations. Social and emotional learning has been identified in agreements, particularly in cases of hostile school climates, as part of the remedy for "treating all students fairly...without regard to race, color, or national origin."

---

[17] Education Commission of the States. (2024). *State School Accountability Systems: 50-State Comparison.* https://www.ecs.org/50-state-comparison-school-accountability-systems-2024/.

20. For example, a 2017 agreement between the Tangipahoa Parish School Board in Louisiana and OCR required the district to provide training to all school personnel on classroom management and de-escalation techniques, including helping students in "developing self-management skills and social and emotional competencies."[18]

21. In a 2017 OCR resolution agreement, East Side Union High School District in California agreed to develop a "School-Based Supports Plan" that would establish a "process for building interpersonal, social and emotional competencies..." that engaged students and parents.[19]

22. In 2018, Durham Public Schools in North Carolina entered into an agreement that required the district to provide ongoing training to its educators and staff on "evidence-based techniques on classroom management and deescalation approaches, including... resources that are available to students to assist them in developing self-management skills, the value of recognizing and reinforcing positive student behavior, and the importance of ensuring to the maximum extent possible that misbehavior is addressed in a manner that does not require removal from the educational program." Indeed, this OCR agreement focuses specifically on resources to support development of self-management, an essential, core competency of social and emotional learning.[20]

**Support for Social and Emotional Learning in the Education Innovation and Research (EIR) Grant Program**

23. The EIR program was established under section 4611 of the Elementary and Secondary Education Act to support and validate proposed strategies for addressing the most persistent educational challenges to student success, especially the hurdles facing our nation's highest need and most underserved students. In Fiscal Year 2020, Congress created a bipartisan Social and Emotional Learning and Whole Child Initiative that

---

[18] U.S. Department of Education, Office for Civil Rights. (2017, December 14). *Resolution Agreement: Tangipahoa Parish School Board (Case No. 06-17-1462)*. https://www.ed.gov/media/document/06171462-bpdf-26486.pdf.
[19] U.S. Department of Education, Office for Civil Rights. (2017, December 13). *Resolution Agreement: East Side Union High School District (Case No. 09-14-1242)*.
https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/investigations/more/09141242-b.pdf.
[20] U.S. Department of Education, Office for Civil Rights. (2018). *Resolution Agreement: Durham Public Schools (Case No. 11-13-1175)*. https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/investigations/more/11131175-b.pdf.

included dedicated funding for grants for evidence-based, field-initiated innovations that address student social, emotional, and cognitive needs.[21]

24. During the first Trump Administration, the Department of Education responded to Congress' directive and ran EIR social and emotional learning grant competitions in Fiscal Year 2020 using a department-wide priority established in 2018. Specifically, the EIR social and emotional learning projects were administered under Absolute Priority 3, "Fostering Knowledge and Promoting the Development of Skills That Prepare Students To Be Informed, Thoughtful, and Productive Individuals and Citizens," which promoted "skills that prepare students to be informed, thoughtful, and productive individuals and citizens. The priority calls for projects that address various elements that have been identified as components of social and emotional learning in the research literature."[22]

25. Congress has funded social and emotional learning grants within the EIR program for the past five fiscal years. The FAQ, however, has raised doubt for current grantees about the sustainability of their funding, and raises broader concerns about the threat to state and district spending of federal funding to support students' social and emotional learning.

**President Trump's National School Safety Commission and Support for Social and Emotional Learning**

26. After the tragic shooting at Marjory Stoneman Douglas High School in Parkland, Florida, in 2018, President Trump established the National School Safety Commission led by then-Secretary of Education Betsy DeVos. The Commission produced a report that makes several references to the value of social and emotional learning to improve school safety and prevent violence. The report states, the Department of Education under President Trump "placed an increased emphasis on improving technical assistance [for states and districts] related to school safety including readiness and emergency management, safe and supportive learning, and social and emotional learning." The report ends with

---

[21] H.R. 2740, 116th Cong. (2019), *Labor, Health and Human Services, Education, Defense, State, Foreign Operations, and Energy and Water Development Appropriations Act, 2020*, https://www.congress.gov/bill/116th-congress/house-bill/2740.

[22] U.S. Department of Education, Applications for New Awards; Education Innovation and Research (EIR) Program—Mid-Phase Grants, 85 Fed. Reg. 20254, 20254–63 (Apr. 10, 2020), https://www.federalregister.gov/documents/2020/04/10/2020-07556/applications-for-new-awards-education-innovation-and-research-eir-program-mid-phase-grants.

recommendations that call for schools and districts to adopt effective social and emotional learning strategies. Specifically, the report mentioned that "SEL [social and emotional learning] programs might include the following: a curriculum to teach specific SEL [social and emotional learning] skills; a modification to school or classroom climate through teacher practices or school-wide changes to rules and expectations; and practices to help students develop a growth mindset (i.e., the belief that they can develop most basic abilities through dedication and hard work)."[23]

### Support for Social and Emotional Learning at the State Level

27. Over the past two decades, state legislatures across the country have passed laws and allocated funding to support the implementation of social and emotional learning in schools. State statutes frequently incorporate social and emotional learning in school safety and climate efforts, educator pre- and in-service training, wellness initiatives, multi-tiered systems of support, and career and college readiness.[24]

28. More than half of U.S. states have statewide social and emotional learning standards, competencies, or benchmarks (often developed in response to statutory mandates).[25]

29. Forty-nine states (plus the District of Columbia) have at least one supportive policy or condition that actively promotes social and emotional learning in schools.[26]

### Effects of Dear Colleague Letter on the Implementation of Social and Emotional Learning at the State and Local Level

30. The Department's OCR cited social and emotional learning in its March 1 FAQ on racial preference and stereotypes. In response to an FAQ asking "Are Diversity, Equity, and

---

[23] Federal Commision on School Safety, *Final Report of the Federal Commission on School Safety* (U.S. Department of Education, U.S. Department of Justice, U.S. Department of Health & Human Services., & U.S. Department of Homeland Security, Dec. 18, 2018), https://www.ed.gov/sites/ed/files/documents/school-safety/school-safety-reportpdf.pdf (presented to the President of the United States).

[24] Steele, L., Tucker, A., Ma, A., & Miller, A. A. (2025). U.S. Federal and State Policies That Support Students' Academic, Social, and Emotional Learning. In J. A. Durlak, C. E. Domitrovich, & J. L. Mahoney (Eds.), Handbook of Social and Emotional Learning, Second Edition (2nd ed.). chapter, Guilford Press.

[25] Alexandra Skoog-Hoffman et al., *Social and Emotional Learning in U.S. Schools: Findings from CASEL's Nationwide Policy Scan and the American Teacher Panel and American School Leader Panel Surveys* (RAND Corporation, 2024), https://www.rand.org/pubs/research_reports/RRA1822-2.html.

[26] Ibid.

Inclusion (DEI) programs unlawful under SFFA?" the Department stated, "schools have sought to veil racially discriminatory policies with terms like 'social-emotional learning...'" This characterization misrepresents the purpose and practice of social and emotional learning. As outlined in our public statement,[27] social and emotional learning is an evidence-based, nonpartisan component of high-quality education that supports academic achievement, positive school climate, student well-being, and strong student-adult relationships.

31. CASEL has joined others in expressing concern that the OCR's reference to social emotional learning is not only counterproductive and inaccurate, but also harmful to students. By mischaracterizing social and emotional learning, the FAQ could dissuade schools from adopting evidence-based practices that improve safety, reduce bullying, and support students' success. Furthermore, the effort to restrict what schools teach undermines state and local control over curriculum, longstanding bipartisan support for social and emotional learning, and contradicts both scientific evidence and the views of most parents.

32. The FAQ has created chaos and confusion around social and emotional learning. Specifically, dozens of educators, district personnel, and state education agency staff have sought guidance from CASEL on the meaning and implications of the DCL and FAQ, including the impact on the work they do to support students' academic, social, and emotional learning; the provision of resources and tools; their job security; and the availability of funding.

33. CASEL has heard from states and districts that they fear that their work facilitating students' social and emotional learning could trigger civil rights complaints and loss of federal funding. It has also created a chilling effect where states, districts, and schools may be forced to abandon the implementation of social and emotional learning policies and practices in schools and eliminate valuable resources from their websites out of fear of funding loss.

---

[27] Collaborative for Academic, Social, and Emotional Learning (CASEL), Statement on Federal Overreach and Misrepresentation of Social and Emotional Learning, March 6, 2025, https://casel.org/casel-statement-on-federal-overreach-and-misrepresentation-of-social-and-emotional-learning/.

Chicago, Illinois
April 17, 2025

Lakeisha Steele