# EXHIBIT 48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **American Federation of Teachers,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of Education,** *et al.*,<br><br>Defendants. | **Civil Case No. 1:25-cv-00628** |

### DECLARATION OF BROOKE MENSCHEL

I, Brooke Menschel, state and declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Reply in Support of Plaintiffs' Motions for a Preliminary Injunction.

2. A true and correct copy of the U.S. Department of Education's revised FAQ document titled, *Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act*, undated, is attached hereto as **Exhibit 49**.

3. A true and correct copy of the U.S. Department of Education's Press Release titled, *U.S. Department of Education Launches "End DEI" Portal*, dated February 27, 2025, is attached hereto as **Exhibit 50**.

Baltimore, MD

April, 17, 2025

_____
Brooke Menschel