# EXHIBIT 50

🇺🇸 An official website of the United States government  Here's how you know ⌄

![U.S. Department of Education logo] **U.S. Department of Education**

Español     Data     Research     Contact Us

Search

Higher Ed ⌄     Adult Programs ⌄     Birth to Grade 12 Education ⌄     Teaching & Admin ⌄     Grants & Programs ⌄     Laws & Policy ⌄

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# U.S. Department of Education Launches "End DEI" Portal

## U.S. Department of Education Launches "End DEI" Portal

FEBRUARY 27, 2025

WASHINGTON – Today, the U.S. Department of Education launched EndDEI.Ed.Gov, a public portal for parents, students, teachers, and the broader community to submit reports of discrimination based on race or sex in publicly-funded K-12 schools.

The secure portal allows parents to provide an email address, the name of the student's school or school district, and details of the concerning practices. The Department of Education will use submissions as a guide to identify potential areas for investigation.

"For years, parents have been begging schools to focus on teaching their kids practical skills like reading, writing, and math, instead of pushing critical theory, rogue sex education and divisive ideologies—but their concerns have been brushed off, mocked, or shut down entirely," said **Tiffany Justice, Co-Founder of Moms for Liberty.** "Parents, now is the time that you share the receipts of the betrayal that has happened in our public schools. This webpage demonstrates that President Trump's Department of Education is putting power back in the hands of parents."

TOP ^

U.S. Department of Education

## Schools Should be Focused on Learning

The U.S. Department of Education is committed to ensuring all students have access to meaningful learning free of divisive ideologies and indoctrination. This submission form is an outlet for students, parents, teachers, and the broader community to report illegal discriminatory practices at institutions of learning. The Department of Education will utilize community submissions to identify potential areas for investigation.

**Your email:**

**School or school districts:**

**ZIP Code:**

**Please describe in as much detail as possible the discriminatory practice taking place:**

**Upload File** (Optional)

Submit

---

### CONTACT

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: February 27, 2025

---

### Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

### Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

### Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

### File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

### About Us

Contact Us

### News

Press Releases

### Site Notices and Privacy Policies

### ED Archive


TOP

ED Offices

Overview of ED

Frequently Asked
Questions (FAQs)

Jobs at ED

Homeroom Blog

Subscriptions

Accessibility Support

# U.S. Department of Education

     

ES



www.ed.gov

**An official website of the Department of Education**

About Dept of Education    Accessibility Support    No FEAR Act data    Office of the Inspector General    Performance reports    FOIA    Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

TOP