# Exhibit 1

*Exhibit 1 to Plaintiffs' Supplemental Response in Support of Motions for Preliminary Injunction*

| Name of Guidance | Issue Date | Dkt. No. Ex. No. | Complaint and Briefing References |
|---|---|---|---|
| Questions And Answers Regarding The Supreme Court's Decision In Students For Fair Admissions, Inc. v. Harvard College And University Of North Carolina | Aug. 14, 2023 | Dkt. 31-19 (Ex. 16) | Am. Compl. ¶ 85, n. 22 PI Mem. at 6, n. 9 |
| Dear Colleague Letter re: Race and School Programming | Aug. 24, 2023 | Dkt. 31-26 (Ex. 23) | Am. Compl. ¶ 108, n. 28 PI Mem. at 25, n. 17 |
| Strategies for Increasing Diversity and Opportunity in Higher Education | Sept. 2023 | Dkt. 31-27 (Ex. 24) | Am. Compl. ¶ 85, n. 23 PI Mem. at 9, n. 10 |
| Fact Sheet: Harassment based on Race, Color, or National Origin on School Campuses | Jul. 2, 2024 | Dkt. 31-20 (Ex. 17) | Am. Compl. ¶ 75, n. 21 PI Mem. at 6, n. 10 |
| Ensuring Educational Opportunities for All Students on Equal Terms 70 Years After Brown v. Board of Education | May 2024 | Dkt 31-18 (Ex. 15) | Am. Compl. ¶ 75, n. 21 PI Mem. at 5, n. 8 |
| Resolving a Hostile Environment Under Title VI Discrimination Based on Race, Color, or National Origin Including Shared Ancestry or Ethnic Characteristics | January 2025 | Dkt 31-21 (Ex. 18) | Am. Compl. ¶ 75, n. 21 PI Mem. at 6, n.11 |