IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, | * * * * | |
| Plaintiffs, | * * | Civil Case No.: SAG-25-628 |
| v. | * * | |
| DEPARTMENT OF EDUCATION, *et al.*, | * * | |
| Defendants. | * * | |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 24th day of April, 2025, ordered that:

1. The Certification Motion, ECF 37, is DENIED.

2. The Letter Motion, ECF 31, is GRANTED IN PART and DENIED IN PART.

3. The Dear Colleague Letter of February 14, 2025 is stayed pursuant to 5 U.S.C. § 705 pending final resolution by this Court.

4. The motions for leave to file amicus briefs, ECF 35, 45, are granted.

5. The parties shall jointly propose a briefing schedule for summary judgment no later than Thursday, May 1, 2025.

                                                                                                      /s/
                                                  Stephanie A. Gallagher
                                                  United States District Judge