**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

**American Federation of Teachers,** *et al.*,

Plaintiffs,

**v.**

**U.S. Department of Education,** *et al.*,

Defendants.

**Civil Case No. 1:25-cv-00628**

**JOINT PROPOSED BRIEFING SCHEDULE**
**MOTION FOR ENLARGEMENT OF TIME TO ANSWER**
**AND MOTION FOR ENLARGEMENT OF PAGE LIMITS**

Counsel for the Parties in the above-captioned matter respectfully file this joint proposed motion for enlargement of time to answer or file a responsive pleading, proposed briefing schedule and motion for enlargement of page limits in response to the Court's April 24, 2025, Order, Dkt. 61. *Counsel for Plaintiffs has been authorized to file the following document on behalf of both parties.*

Defendants' response to the Amended Complaint is due this week. However, Plaintiffs intend to file a motion to amend and Second Amended Complaint, on Tuesday, May 6, 2025. As such, in order to provide for a single briefing schedule, the parties agree that the time for Defendants to file a response to the Amended Complaint and/or Second Amended Complaint be extended, and will be due at the same time as the deadline for the Defendants' Opposition/Cross Motion for

Summary Judgment and agree on the proposed briefing schedule and modified page limits as set forth below:

| **Date** | **Filing** | **Page Limit**[1] |
|---|---|---|
| May 6, 2025 | Plaintiffs' Second Amended Complaint | 55 pages |
| June 5, 2025 | Plaintiffs' Motion for Summary Judgment | 40 pages (for memorandum) |
| June 26, 2025 | Defendant's Opposition/ Cross Motion for Summary Judgment/ Motion to Dismiss | 45 pages (for memorandum) |
| July 10, 2025 | Plaintiffs' Opposition/Reply | 20 pages |
| July 24, 2025 | Defendants' Reply | |

*Counsel for Plaintiffs has been authorized by counsel for Defendants, Ariana Wright Arnold, Assistant U.S. Attorney, to file this joint motion and proposed briefing schedule on behalf of both parties.*

[1] The Parties ask that the requested page limitations for summary judgment briefing be exclusive of any Statement of Undisputed Material Facts or responses thereto.

Dated: May 1, 2025

Respectfully submitted,

*/s/ Brooke Menschel*
Brooke Menschel (Bar No. 31492)
Madeline H. Gitomer (Bar No. 31518)
Kali Schellenberg**
Victoria S. Nugent (Bar No. 15039)
Andrew Bookbinder (Bar No. 31486)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bmenschel@democracyforward.org
mgitomer@democracyforward.org
kschellenberg@democracyforward.org
vnugent@democracyforward.org
abookbinder@democracyforward.org

*Counsel for Plaintiffs*
** Admitted *Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 1st day of May 2025

/s/ *Brooke Menschel*