IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

American Federation of Teachers, *et al.*,

        Plaintiffs,

**v.**

U.S. Department of Education, *et al.*,

        Defendants.

**GRANTED**

/s/            May 2, 2025

The Honorable Stephanie A. Gallagher
United States District Judge

**Civil Case No. 1:25-cv-00628**

**JOINT PROPOSED BRIEFING SCHEDULE
MOTION FOR ENLARGEMENT OF TIME TO ANSWER
AND MOTION FOR ENLARGEMENT OF PAGE LIMITS**

    Counsel for the Parties in the above-captioned matter respectfully file this joint proposed motion for enlargement of time to answer or file a responsive pleading, proposed briefing schedule and motion for enlargement of page limits in response to the Court's April 24, 2025, Order, Dkt. 61. *Counsel for Plaintiffs has been authorized to file the following document on behalf of both parties.*

    Defendants' response to the Amended Complaint is due this week. However, Plaintiffs intend to file a motion to amend and Second Amended Complaint, on Tuesday, May 6, 2025. As such, in order to provide for a single briefing schedule, the parties agree that the time for Defendants to file a response to the Amended Complaint and/or Second Amended Complaint be extended, and will be due at the same time as the deadline for the Defendants' Opposition/Cross Motion for

Summary Judgment and agree on the proposed briefing schedule and modified page limits as set forth below:

| Date | Filing | Page Limit[1] |
|------|--------|---------------|
| May 6, 2025 | Plaintiffs' Second Amended Complaint | 55 pages |
| June 5, 2025 | Plaintiffs' Motion for Summary Judgment | 40 pages (for memorandum) |
| June 26, 2025 | Defendant's Opposition/ Cross Motion for Summary Judgment/ Motion to Dismiss | 45 pages (for memorandum) |
| July 10, 2025 | Plaintiffs' Opposition/Reply | 20 pages |
| July 24, 2025 | Defendants' Reply | |

*Counsel for Plaintiffs has been authorized by counsel for Defendants, Ariana Wright Arnold, Assistant U.S. Attorney, to file this joint motion and proposed briefing schedule on behalf of both parties.*

---

[1] The Parties ask that the requested page limitations for summary judgment briefing be exclusive of any Statement of Undisputed Material Facts or responses thereto.