IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF TEACHERS, *et al.*

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*

    Defendants.

Case No. 1:25-cv-00628-SAG

## ORDER

Upon consideration of the Consent Motion for Leave to modify the briefing schedule filed by Defendants on June 27, 2025, there being good cause therefore, it is hereby

**ORDERED**, that the Motion is **GRANTED**, and the following due dates are modified as set forth below.

| Date | Filing | Page Limits |
| --- | --- | --- |
| June 30, 2025 | Defendant's Opposition/ Motion to Dismiss or for Summary Judgment | 50 pages |
| July 16, 2025 | Plaintiffs' Opposition/Reply | 20 pages |
| July 30, 2025 | Defendants' Reply | 20 pages |

Dated: June 30, 2025

/s/
HONORABLE STEPHANIE A. GALLAGHER
JUDGE, UNITED STATES DISTRICT COURT