IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*<br><br>Defendants. | Case No. 1:25-cv-00628-SAG |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Defendants, by and through counsel, request leave to modify the briefing schedule set forth in the Court's June 30, 2025 (ECF) by an additional day so that Defendants' Opposition/Motion to Dismiss or for Summary Judgment is due July 1, 2025 and Plaintiffs' Opposition/Reply is due July 18, 2025.

Counsel for the Defendants are experiencing technical issues with ECF that have interfered with their ability to file the Opposition/Motion to Dismiss or for Summary Judgement by June 30, 2025. Accordingly, Defendants request leave to modify the briefing schedule as described.

Plaintiffs were consulted regarding this Motion as required by Local Rule 105. 9 and consent to the requested relief as set forth below.

| Date | Filing | Page Limits |
|---|---|---|
| July 1, 2025 | Defendants' Opposition/Motion to Dismiss or for Summary Judgment | 50 pages |
| July 18, 2025 | Plaintiffs' Opposition/Reply | 20 pages |
| July 30, 2025 | Defendants' Reply | 20 pages |

Dated:  June 30, 2025

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Charles R. Gayle
DMD Bar No. 14706
Ariana Wright Arnold
DMD Bar No. 23000
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Ariana.Arnold@usdoj.gov
(410) 209-4813 (direct)
Charles.Gayle@usdoj.gov
(410) 209-4845 (direct)

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2025, a copy of the foregoing Motion was efiled and thereby served electronically on all parties and counsel receiving service via CM/ECF in this case.

_____/s/_____
Charles R. Gayle
Assistant United States Attorney