# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF TEACHERS, *et al.*

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*

    Defendants.

Case No. 1:25-cv-00628-SAG

## DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants United States Department of Education, Secretary of Education Linda McMahon, Craig Trainor, and Acting Secretary of the Office for Civil Rights, Craig Trainor, oppose the Plaintiffs' Motion for Summary Judgment (ECF No. 66) and move to dismiss or in the alternative for summary judgment on Plaintiffs' Second Amended Complaint (ECF No. pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 56. As more fully set forth in Defendants' accompanying memorandum of law, the Court should deny Plaintiffs' requested relief for the following reasons:

1. Plaintiffs cannot establish that this Court may exercise subject matter jurisdiction because they lack standing to sue.

2. Plaintiffs cannot prove that Defendants violated the Administrative Procedures Act.

3. Plaintiffs fail to state a claim for relief or raise a genuine issue of material fact under the First and Fifth Amendments.

4. Plaintiffs are not legally entitled to a permanent injunction.

1

5. Plaintiffs cannot establish injunctive relief for non-parties.

WHEREFORE, Defendants request that the Court deny Plaintiffs' motion for summary judgement, grant Defendant's motion to dismiss, or in the alternative enter summary judgment in Defendants' favor, or limit relief to the named parties.

Dated: July 1, 2025

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Ariana Wright Arnold
DMD Bar No. 23000
Charles R. Gayle
DMD Bar No. 14706
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
Ariana.Arnold@usdoj.gov
(410) 209-4813 (direct)
charles.gayle@usdoj.gov
(410) 209-4845 (direct)

*Counsel for Defendants*