**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

July 16, 2025

LETTER ORDER

Re:  American Federation of Teachers, *et al.* v. Department of Education, *et al.*
      Civil Case No. SAG-25-628

Dear Counsel:

The Court is in receipt of Plaintiffs' motion for summary judgment, ECF 66, and the government's responsive brief and motion to dismiss, ECF 72. This record in this case is voluminous, and the exhibits relied upon at this stage largely stem from previous briefing. To aid this Court in an efficient assessment of those exhibits at this stage, the parties are ORDERED to provide revised briefing replacing all record citations with ECF docket numbers (*E.g.*, "ECF 99-5," not "Smith Declaration" or "Exhibit 100") by July 23, 2025. The parties should use this format in future filings.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge