IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.* <br><br> Defendants. | Case No. 1:25-cv-00628-SAG |

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above captioned case hereby appeal the Court's August 14, 2025, Order on the parties' cross-motions for summary judgment to the United States Court of Appeals for the Fourth Circuit.

October 13, 2025

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/ *Ariana Wright Arnold*
Ariana Wright Arnold (23000)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4813
ariana.arnold@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that the above Notice was efiled and thereby served on counsel of record via the Court's CM/ECF system.

                                                /s/ *Ariana Wright Arnold*
                                                Ariana Wright Arnold (23000)