FILED: October 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2228
(1:25-cv-00628-SAG)

_____

AMERICAN FEDERATION OF TEACHERS; AMERICAN SOCIOLOGICAL ASSOCIATION; AMERICAN FEDERATION OF TEACHERS - MARYLAND; EUGENE SCHOOL DISTRICT 4J

    Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF EDUCATION; CRAIG TRAINOR, in his official capacity as Acting Assistant Secretary for the Office for Civil Rights; LINDA MCMAHON, in her official capacity as Secretary of Education

    Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:25-cv-00628-SAG |
| Date notice of appeal filed in originating court: | 10/13/2025 |
| Appellant | U.S. Department of Education, et al. |
| Appellate Case Number | 25-2228 |
| Case Manager | C. Halupa<br>804-916-2702 |