**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **American Federation of Teachers,** *et al.*, <br><br><br> Plaintiffs, <br><br><br> **v.** <br><br><br> **U.S. Department of Education,** *et al.*, <br><br><br> Defendants. | Civil Case No. 1:25-cv-00628 |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES**

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and all papers filed in connection with the Motion, and with no opposition having been filed, it is hereby **ORDERED** that Plaintiffs' Motion for Attorneys' Fees is **GRANTED**. Defendants are **DIRECTED** to pay $162,442.11 to the Democracy Forward

_____March 24___, 2026            _____/s/_____

                                              Stephanie A. Gallagher
                                              United States District Judge