**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF
TEACHERS, *et al.*

     Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*

     Defendants.

Case No. 1:25-cv-00628-SAG

## <u>ORDER</u>

Upon consideration of the Defendants' Motion to Extend Time to file Response to Motion for Attorneys' Fees, Motion to Vacate, and Motion for Reconsideration and/or to Alter or Amend, any response, any reply, and the entire record in this case, it is hereby:

ORDERED, that the Defendants' motion to extend time is hereby GRANTED and the response included with the motion to extend time filed on March 26, 2026 is considered timely;

ORDERED, that the Court's order of March 24, 2026 be and is hereby VACATED;

ORDERED, that the Plaintiffs shall have <u>30 days</u> from the date of this Order to file a Response to Defendants' Motion for Reconsideration and/or to Alter or Amend.

_____
Date

_____
The Honorable Stephanie A. Gallagher
United States District Judge, District of MD