# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**American Federation of Teachers,** *et al.,*

        Plaintiffs,

    **v.**

**U.S. Department of Education,** *et al.,*

        Defendants.

**Civil Case No. 1:25-cv-00628**

## PLAINTIFFS' NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION

Plaintiffs respectfully submit this Notice of their intent to file, pursuant to L.R. 105(2), a Response in Opposition to Defendants' March 26, 2026, Motion to Vacate and for various other relief, Dkt. 93, and refiling of that motion, Dkt. 94. Plaintiffs oppose the three arguments Defendants make in support of their vacatur request and will set forth the bases in our forthcoming opposition, to be filed within the time frame set out in L.R. 105(2), i.e., on or before April 9.

Prior to filing their initial motion, Defendants requested Plaintiffs' position on the motion to vacate *and* to extend. In response, yesterday morning, Plaintiffs provided the following language, which relates to both requests, and asked that Defendants include the statement in full:

> Plaintiffs oppose this motion in light of the government's documented awareness of Plaintiffs' fee petition and failure to indicate to the Plaintiffs any interest in settlement negotiations until after the Court issued its order granting Plaintiffs' fee petition.

The language did not appear in Defendants' original motion. *See* Dkt. 93. In Defendants' refiling, the statement is incorrectly framed as only relating to the request for an extension of time. *See* Dkt. 94.

Respectfully submitted,

Dated: March 26, 2026                    */s/ Madeline H. Gitomer*

Madeline H. Gitomer (Bar No. 31518)
Kali Schellenberg (Bar No. 31582)
Brooke Menschel (Bar No. 31492)
Victoria S. Nugent (Bar No. 15039)
Andrew Bookbinder (Bar No. 31486)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org
kschellenberg@democracyforward.org
bmenschel@democracyforward.org
vnugent@democracyforward.org
abookbinder@democracyforward.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

/s/ *Madeline H. Gitomer*
Madeline H. Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org