# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,** *et al.*,<br><br>Defendants. | **Case No. 1:25-cv-00628-SAG** |

## <u>MOTION TO STAY CASE FOR 30 DAYS</u>

Plaintiffs and Defendants, by and through undersigned counsel, hereby ask that the Court enter a Stay of this Case for thirty (30) days, to permit the parties time to seek a resolution without the need for further briefing.

1. Plaintiffs filed a motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, on February 20, 2026. ECF 91.

2. Defendants did not respond timely. *See* ECF 94.

3. On March 24, 2026, the Court issued an order granting Plaintiffs' motion for attorneys' fees. ECF 92.

4. On March 26, 2026, Defendants filed a Motion to Extend time *nunc pro tunc* under Rule 6(b)(1)(B), motion to vacate and motion for reconsideration under Rules 59 and 60 of the Federal Rules of Civil Procedure. ECF 94.

5. Plaintiffs oppose all of the relief requested in Defendants' motion. ECF 95.

6. The parties seek a stay to try to resolve this matter without the need for further briefing. Additional time will be required in order to enable counsel for Defendants to confer with

the U.S. Department of Education and to enable the parties to negotiate and reach agreement.

7.      This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). The Court should consider whether a stay would promote judicial economy and the hardship and burden on the respective parties if a stay is granted. *See Nat'l Ass'n for Advancement of Colored People v. United States Dep't of Homeland Sec.,* No. DKC-18-cv-0239, 2020 WL 1331998, at *3 (D. Md. 2020) (granting stay); *Int'l Refugee Assistance Project v. Trump*, 323 F. Supp. 3d 726, 730 (D. Md. 2018) (same).

8.      Here, a stay would promote judicial efficiency, as it will enable the parties to try to resolve the matter without the need for further briefing by the parties or decisions on related motions by the Court. The parties are making a joint request and agree that a 30-day stay will not impose a hardship or burden on either party.

9.      The parties also agree and ask that the Court order that:

a.  Plaintiffs' opposition to the Defendants' motion [at ECF 94] would be due 30 days after the stay expires,

b.  Should the Court subsequently allow Defendants to file an opposition to Plaintiffs' motion for attorneys' fees [at ECF 91], Plaintiffs' reply in support of their fees motion would be due 30 days after the Court accepts and dockets Defendants' opposition (styled as a Motion for Reconsideration and to Alter or Amend, *see* ECF 94 at 3).

WHEREFORE, the parties respectfully request that the Court enter the attached proposed order staying this case through and until April 27, 2026.   A proposed Order is attached.

Dated: March 26, 2026

Respectfully submitted

Kelly O. Hayes
United States Attorney

/s/ Madeline H. Gitomer
Madeline H. Gitomer (Bar No. 31518)
Kali Schellenberg (Bar No. 31582)
Brooke Menschel (Bar No. 31492)
Victoria S. Nugent (Bar No. 15039)
Andrew Bookbinder (Bar No. 31486)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org
kschellenberg@democracyforward.org
bmenschel@democracyforward.org
vnugent@democracyforward.org
abookbinder@democracyforward.org

*Counsel for Plaintiffs*

By: /s/ Ariana Wright Arnold
    Ariana Wright Arnold
    DMD Bar No. 23000
    Assistant United States Attorney
    U.S. Attorney's Office, District of Md
    36 S. Charles Street, Suite 400
    Baltimore, Maryland 21201
    (410) 209-4813
    Ariana.arnold@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2026 I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System and thereby sent notice of such filing to all counsel

of record registered for CM/ECF in this case.

        /s/ Ariana Wright Arnold
        Ariana Wright Arnold
        Assistant U.S. Attorney