**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS,** *et al.*,<br><br>        Plaintiffs,<br><br>   **v.**<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,** *et al.*,<br><br>        Defendants. | **Case No. 1:25-cv-00628-SAG** |

## ORDER STAYING CASE

Upon consideration of the parties' Joint Motion to Stay at ECF 95, and the entire record in this case, good cause having been shown, it is hereby:

**ORDERED** that this case is **STAYED** through April 27, 2026, and it is further,

**ORDERED** that the parties shall file a **STATUS REPORT** on or before April 27, 2026; if the case is not resolved prior to that date, and it is further

**ORDERED** that if the matter is not resolved during the stay, Plaintiffs' opposition to the motion [at ECF 94] will be due 30 days after the stay expires, and it is further

**ORDERED** that, should the Court subsequently allow Defendants to file an opposition to Plaintiffs' motion [at ECF 91] for attorneys' fees, Plaintiffs' reply in support of their fees motion would be due 30 days after the Court accepts and dockets Defendants' opposition to the fees motion (styled as a Motion for Reconsideration and to Alter or Amend, *see* ECF 94 at 3).

**SO ORDERED**

March 27, 2026
_____
Date

                    /s/
_____
The Honorable Stephanie A. Gallagher
United States District Judge