**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **American Federation of Teachers,** *et al.*, <br><br><br> Plaintiffs, <br><br><br> **v.** <br><br><br> **U.S. Department of Education,** *et al.*, <br><br><br> Defendants. | Civil Case No. 1:25-cv-00628 |

**JOINT STATUS REPORT**

The parties have reached an agreement in principle regarding payment of attorneys' fees. Defendants are drafting a written agreement for Plaintiffs' review. The parties expect to have this agreement memorialized in the coming weeks, which will render the parties' pending motions moot. The parties therefore ask the Court to extend the existing stay of deadlines related to the pending motions until June 12, 2026.

Dated: May 18, 2026　　　　　　　　　　　　　Respectfully submitted,

2

*/s/ Ariana Wright Arnold*
Ariana Wright Arnold
DMD Bar No. 23000
Assistant United States Attorney
U.S. Attorney's Office, District of Md
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 209-4813
Ariana.arnold@usdoj.gov

*Counsel for Defendants*

*/s/ Kali Schellenberg*
Kali Schellenberg (Bar No. 31582)
Madeline H. Gitomer (Bar No. 31518)
Brooke Menschel (Bar No. 31492)
Andrew Bookbinder (Bar No. 31486)
Victoria S. Nugent (Bar No. 15039)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kschellenberg@democracyforward.org
mgitomer@democracyforward.org
bmenschel@democracyforward.org
abookbinder@democracyforward.org
vnugent@democracyforward.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendants' counsel of record and that service will be accomplished by the CM/ECF system.

This 18th day of May 2026

*/s/ Kali Schellenberg*
Kali Schellenberg