## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF
TEACHERS, *et al.*,

      Plaintiffs,

  **v.**

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

      Defendants.

**Case No. 1:25-cv-00628-SAG**

## ORDER OF DISMISSAL

According to the Joint Stipulation of Dismissal, ECF 104, which is incorporated herein, the Court has been informed that the parties have reached a settlement regarding the attorneys' fees at issue in this matter. For the reasons set forth in that Stipulation and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Local Rule 111, it is hereby:

ORDERED, based on the parties' settlement regarding attorneys' fees, that the Court's Judgment at ECF 92 is hereby VACATED; and it is further

ORDERED, that this case is hereby DISMISSED with prejudice under Local Rule 111; and it is further

ORDERED, that this dismissal shall be without prejudice to the right of a party to move for good cause to reopen the case within 60 days of this order (and provision of payment information by Plaintiff) if settlement is not consummated.

June 15, 2026
_____
Date

_____
/s/
The Honorable Stephanie A. Gallagher
United States District Judge